MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

Attorneys for Movants Kelli Peters, et. al.

# UNITED STATED BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter | Case No. 8:16-bk-10223-ES<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE DATE AND HEARING ON SUMMARY JUDGMENT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 21, 2016, at 9:30 a.m., in the United States Bankruptcy Court, Central District of California (Santa Ana Division), Department 5A, located at 411 West Fourth Street, Santa Ana, California, the Status Conference regarding Complaint of Determine Dischargeability of Debt came on for hearing.

Amber D. Esposito, Esq. appeared on behalf of Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters and Defendant Kent W. Easter appeared in propria persona.

1

1     The Court's tentative ruling became its final ruling as set forth in the Scheduling Order
2 attached hereto as **Exhibit "A"**.

3     Please take further notice that the Status Conference and Hearing on Summary Judgment
4 have been continued by the Court from November 8, 2016 to **November 10, 2016** at **2:00 p.m.** in
5 Department 5A of this Court.

7 Dated: August 15, 2016                    **MARCEREAU & NAZIF**

                                                          Robert H. Marcereau
                                                          Attorneys for Movants Kelli Peters, et. al.

# EXHIBIT "A"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert Marcereau (SBN: 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>X *Attorney for:* Movant, Kelli Peters | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Santa Ana* DIVISION**

| In re:<br><br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s) | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br>ADVERSARY NO: 8:16-01114 |
|---|---|
| Kelli Peters, Bill Peters and Sydnie Peters<br><br>Plaintiff(s)<br>vs.<br><br>Kent W. Easter<br><br>Defendant(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: July 21, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a.  X  Continued to the following date for a further status conference:   *(date)* 11/10/2016   *(time)* 2:00 p.m.
   b.  ☐  A joint status report must be filed and served, including a judge's copy, by *(date)*: _____
   c.  ☐  The last day to join other parties and to amend pleadings is *(specify date)*:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                                Page 1                                         F 7016-1.2.ORDER.STATUS.CONF

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. X    Other *(specify)*: **The Deadline to file Summary Judgment Motion is 10/4/2016. The Hearing on Summary Judgment is 11/10/2016 at 2:00 p.m. An updated joint status report is not required.**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE DATE AND HEARING ON SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/15/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ecf.alert+Kosmala@titlexi.com; notices@becket-lee.com; claims@recoverycorp.com; ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/15/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Kent Wycliffe Easter, 153 Baywood Dr., Newport Beach, CA 92660
Trustee: Weneta M Kosmala, 3 MacArthur Place, Suite 760, Santa Ana, CA 92707
Judge: Honorable Erithe A. Smith, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Suite 5040 / Courtroom 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2016 | Nicole Lipowski | /s/ Nicole Lipowski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE