| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert Marcereau (SBN: 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com | **FILED & ENTERED**<br><br>**AUG 15 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor(s) appearing without attorney*<br>X  *Attorney for*: Movant, Kelli Peters | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Santa Ana* DIVISION**

| In re:<br><br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s)<br><br>Kelli Peters, Bill Peters and Sydnie Peters<br><br>Plaintiff(s)<br>vs.<br><br>Kent W. Easter<br><br>Defendant(s) | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br>ADVERSARY NO: 8:16-01114-ES<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:  July 21, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>ADDRESS: 411 W. Fourth Street<br>             Santa Ana, CA 92701 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. X  Continued to the following date for a further status conference:    (*date*) 11/10/2016    (*time*) 2:00 p.m.

   b. ☐  A joint status report must be filed and served, including a judge's copy, by (*date*): _____

   c. ☐  The last day to join other parties and to amend pleadings is (*specify date*):

---
This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* | Page 1 | **F 7016-1.2.ORDER.STATUS.CONF**

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for *(date)* _____ *(time)* _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: \_\_\_\_\_

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. X   Other *(specify)*: **The Deadline to file Summary Judgment Motion is 10/4/2016. The Hearing on Summary Judgment is 11/10/2016 at 2:00 p.m.**[1] **An updated joint status report is not required.**

###

Date: August 15, 2016

Erithe Smith
United States Bankruptcy Judge

---

[1] **A hearing date on the Motion for Summary Judgment was originally reserved for November 8, 2016 at 2:00p.m. However, due to the court's unavailability on November 8, 2016, a hearing date has now been reserved for November 10, 2016 at 2:00 pm.**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF