United States Bankruptcy Court
Central District of California

Peters,
    Plaintiff

Adv. Proc. No. 16-01114-ES

Easter,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8        User: tduarteC        Page 1 of 1        Date Rcvd: Aug 15, 2016
                          Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.
dft          +Kent W Easter,   153 Baywood Dr,   Newport Beach, CA 92660-7130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Bill Peters
pla          Kelli Peters
pla          Sydnie Peters
                                                                                         TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2016 at the address(es) listed below:
          Robert H Marcereau    on behalf of Plaintiff Kelli  Peters , nlipowski@mncalaw.com
          Robert H Marcereau    on behalf of Plaintiff Sydnie  Peters , nlipowski@mncalaw.com
          Robert H Marcereau    on behalf of Plaintiff Bill  Peters , nlipowski@mncalaw.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
 wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                                  TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Robert Marcereau (SBN: 211534)<br>MARCEREAU & NAZIF<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, California 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br>E-mail: rmarcereau@mncalaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>X  *Attorney for*: Movant, Kelli Peters | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 15 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Santa Ana* DIVISION**

| In re:<br><br>Kent Wycliffe Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s)<br><br>Kelli Peters, Bill Peters and Sydnie Peters<br><br>Plaintiff(s)<br><br>vs.<br><br>Kent W. Easter<br><br>Defendant(s) | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br>ADVERSARY NO: 8:16-01114-ES<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:   July 21, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>ADDRESS: 411 W. Fourth Street<br>              Santa Ana, CA 92701 |
|---|---|

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a.  X   Continued to the following date for a further status conference:    *(date)* <u>11/10/2016</u>    *(time)* <u>2:00 p.m.</u>

   b.  ☐   A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

   c.  ☐   The last day to join other parties and to amend pleadings is *(specify date)*:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                  Page 1                                  F 7016-1.2.ORDER.STATUS.CONF

Case 8:16-ap-01114-ES    Doc 10    Filed 08/17/16    Entered 08/17/16 21:59:30    Desc
Imaged Certificate of Notice    Page 3 of 3

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____

e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (*specify number of hours*): _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. X Other (*specify*): **The Deadline to file Summary Judgment Motion is 10/4/2016. The Hearing on Summary Judgment is 11/10/2016 at 2:00 p.m.**[1] **An updated joint status report is not required.**

###

Date: August 15, 2016

Erithe Smith
United States Bankruptcy Judge

---

[1] **A hearing date on the Motion for Summary Judgment was originally reserved for November 8, 2016 at 2:00p.m. However, due to the court's unavailability on November 8, 2016, a hearing date has now been reserved for November 10, 2016 at 2:00 pm.**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 7016-1.2.ORDER.STATUS.CONF