MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>———<br><br>Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiffs,<br><br>vs.<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br>Defendants. | Case No. 8:16-bk-10223-ES<br>Adversary Case No.: 8:16-ap-01114-ES<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Declarations of Robert H. Marcereau; Request for Judicial Notice filed concurrently]<br><br>Date:    November 10, 2016<br>Time:    10:30 a.m.<br>Department: 5A |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND OTHER PARTIES-IN-INTEREST:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters hereby request that the Court take judicial notice of the contents of the following documents, the originals of which are contained in the files of the Superior Court of the State of

1

California, for the County of Orange, Case Number 30-2012-00588580-CU-POI-CJC, and true and correct copies of which are attached hereto:

| Exhibit No. | Title of Document |
|---|---|
| 1. | Verdict Form, filed on February 5, 2016. |
| 2. | Judgment on Jury Verdict, filed on February 29, 2016. |

Dated: October 4, 2016                                  **MARCEREAU & NAZIF**

/s/ Robert H. Marcereau
Robert H. Marcereau
Attorneys for Plaintiffs

# Exhibit 1

MARCEREAU & NAZIF
Robert H. Marcereau (State Bar No. 211534)
Sy Nazif (State Bar No. 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Telephone: (949) 531-6500
Facsimile: (949) 531-6501

Attorneys for Plaintiffs

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

FEB 05 2016

ALAN CARLSON, Clerk of the Court
BY K. CHUNG-MARQUEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

KELLI PETERS, et. al.

        Plaintiff,

vs.

KENT W. EASTER ET. AL.; and DOES 1 to 100, inclusive,

        Defendants.

CASE NO. 30-2012-00588580-CU-PO-CJC

**VERDICT FORM**

Trial Date: February 1, 2016
Dept.: C32

---

1
**VERDICT FORM**

We the Jury answer the questions submitted to us as follows:

1. What are Kelli Peters' damages for False Imprisonment?

    $ 365,000

2. What are Kelli Peters' damages for Intentional Infliction of Emotional Distress?

    $ 800,000

3. What are Bill Peters' damages for Intentional Infliction of Emotional Distress?

    $ 305,000

4. What are Sydnie Peters' damages for Intentional Infliction of Emotional Distress?

    $ 600,000

5. Did Kent W. Easter engage in the conduct with malice, oppression, or fraud?

    __X__ Yes    _____ No

    [If your answer to question 5 is yes, then answer question 6. If you answered no, move on to question 7.]

6. What amount of punitive damages, if any, do you award Plaintiffs jointly against Kent W. Easter?

    $ 1.5 million

2
VERDICT FORM

7. Did Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart) engage in the conduct with malice, oppression, or fraud?

   __X__ Yes      _____ No

   [If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]

8. What amount of punitive damages, if any, do you award Plaintiffs jointly against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart)?

   $ _2.1 million_

Signed: ___CW Lawman___
        Presiding Juror

Dated: __2-5-16__

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

---
3
**VERDICT FORM**

# Exhibit 2

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange

02/29/2016 at 11:25:00 AM
Clerk of the Superior Court
By Erielynn Valor, Deputy Clerk

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

FEB 29 2016

ALAN CARLSON, Clerk of the Court
BY K. CHUNG-MARQUEZ

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

KELLI PETERS,

　　　　Plaintiffs,

vs.

KENT W. EASTER,

　　　　Defendants.

CASE NO. 30-2012-00588580-CU-PO-CJC

Assigned to: Judge Michael Brenner

~~AMENDED [PROPOSED]~~ JUDGMENT ON JURY VERDICT

Date Action Filed:　August 2, 2012
Trial Date:　　　　February 2, 2016

This action came on regularly for trial on February 2, 2016 in Department C-62 of the Orange County Superior Court, the Hon. Michael Brenner, Judge presiding; the defendants Kent W. Easter and Jill B. Easter, aka Ava Everheart, aka Ava Bjork, aka Ava Easter, appearing in pro per and plaintiffs Kelli Peters, Bill Peters, and Sydnie Peters (named as "JANE DOE") (collectively, "Plaintiffs") appearing by attorneys Robert H. Marcereau & Sy Nazif. The following facts were stipulated to in this case:

1

JUDGMENT ON JURY VERDICT

1. On February 16, 2011, Defendants Kent Easter and Jill Easter (A) planted illegal drugs and drug paraphernalia in Plaintiff Kelli Peters' car, including bags of Vicodin, Percocet and Marijuana and a used Marijuana pipe; and (B) made a false report to Irvine Police that they witnessed Kelli Peters driving erratically and hiding drugs in her car; which (C) resulted in the detention and investigation of Plaintiff Kelli Peters by police.

2. The actions of Kent and Jill Easter caused emotional distress to Plaintiffs Kelli Peters, her husband Bill Peters, and their daughter, Jane Doe.

3. On October 30, 2013, Defendant Jill B. Easter pleaded guilty to felony false imprisonment of Plaintiff Kelli Peters pursuant to Penal Code 236/237a in Orange County Superior Court, Case No. 12ZF0153.

4. On September 10, 2014, Defendant Kent W. Easter was convicted of felony false imprisonment of Plaintiff Kelli Peters pursuant to Penal Code 236/237a in Orange County Superior Court, Case No. 12ZF0153.

5. Defendants Kent Easter and Jill Easter are solely responsible for the wrongful acts against Plaintiffs, and no other persons assisted them or participated in these acts.

6. Based on the above, Defendants Kent W. Easter and Jill B. Easter, jointly and severally, stipulated to liability in this lawsuit as follows:

    a. Defendants stipulate to liability for the First Cause of Action in the First Amended Complaint, "Intentional Infliction of Emotional Distress" as to all Plaintiffs (Kelli Peters, Bill Peters, and their daughter Jane Doe);

    b. Defendants stipulate to liability as to the Third Cause of Action in the First Amended Complaint, "False Imprisonment," as to Plaintiff Kelli Peters.

A jury of twelve persons (plus two alternates) was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of the parties, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned into court with its verdict as follows:

2

JUDGMENT ON JURY VERDICT

We the Jury answer the questions submitted to us as follows:

1. What are Kelli Peters' damages for False Imprisonment?

$365,000

2. What are Kelli Peters' damages for Intentional Infliction of Emotional Distress?

$800,000

3. What are Bill Peters' damages for Intentional Infliction of Emotional Distress?

$365,000

4. What are Sydnie Peters' damages for Intentional Infliction of Emotional Distress?

$600,000

5. Did Kent W. Easter engage in the conduct with malice, oppression, or fraud?

__X__ Yes     _____ No

[If your answer to question 5 is yes, then answer question 6. If you answered no, move to question 7.]

6. What amount of punitive damages, if any, do you award Plaintiff jointly against Kent W. Easter?

$1.5 million

---

JUDGMENT ON JURY VERDICT

7. Did Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart) engage in the conduct with malice, oppression, or fraud?

     _X_ Yes       ____ No

[If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form]

8. What amount of punitive damages, if any, do you award Plaintiffs jointly against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart)?

                                                    $2.1 million

Signed:      /s/ CW Jameson
                Presiding Juror
Dated:      2-5-16

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have and recover from defendants as follows:

Plaintiff Kelli Peters shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $800,000.00.

Plaintiff Sydnie Peters (identified in this case as "JANE DOE"), shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $600,000.00.

Plaintiff Bill Peters, shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $365,000.00.

1.     Plaintiffs Kelli Peters, Sydnie Peters (identified in this case as JANE DOE) and Bill Peters shall jointly have and recover against Kent W. Easter the total sum of $1,500,000.00 in punitive damages.

2.     Plaintiffs Kelli Peters, Sydnie Peters (identified in this case as JANE DOE) and Bill Peters shall jointly have and recover against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart) the total sum of $2,100,000.00 in punitive damages.

    Plaintiffs shall have and recover interest on all of the above sums at the rate of ten percent (10%) per annum from the date of the entry of this judgment until paid.

Dated: **FEBRUARY 29, 2016**

_____
Judge of the Superior Court
MICHAEL BRENNER

---

**JUDGMENT ON JURY VERDICT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/04/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/4/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Kent Wycliffe Easter, 153 Baywood Dr., Newport Beach, CA 92660
Trustee: Weneta M.A. Kosmala, P.O. Box 16279, Irvine, CA 92623,
Judge: Hon. Erithe A. Smith, U.S. Bankruptcy Court Central District, 411 W. Fourth St., Suite 5040 / Ctrm 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/04/16** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/4/2016 | Nicole Lipowski | /s/ Nicole Lipowski |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**