# Exhibit 1

**MARCEREAU & NAZIF**
Robert H. Marcereau (State Bar No. 211534)
Sy Nazif (State Bar No. 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Telephone:    (949) 531-6500
Facsimile:    (949) 531-6501

Attorneys for Plaintiffs

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**FEB 05 2016**

ALAN CARLSON, Clerk of the Court

BY  K. CHUNG-MARQUEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| KELLI PETERS, et. al.<br><br>            Plaintiff,<br><br>   vs.<br><br>KENT W. EASTER ET. AL.; and DOES 1 to 100, inclusive,<br><br>            Defendants. | CASE NO. 30-2012-00588580-CU-PO-CJC<br><br>**VERDICT FORM**<br><br>Trial Date: February 1, 2016<br>Dept.:      C32 |

1
VERDICT FORM

We the Jury answer the questions submitted to us as follows:

1. What are Kelli Peters' damages for False Imprisonment?

$ *365,000*

2. What are Kelli Peters' damages for Intentional Infliction of Emotional Distress?

$ *800,000*

3. What are Bill Peters' damages for Intentional Infliction of Emotional Distress?

$ *365,000*

4. What are Sydnie Peters' damages for Intentional Infliction of Emotional Distress?

$ *600,000*

5. Did Kent W. Easter engage in the conduct with malice, oppression, or fraud?

X̷ Yes          No

[If your answer to question 5 is yes, then answer question 6. If you answered no, move on to question 7.]

6. What amount of punitive damages, if any, do you award Plaintiffs jointly against Kent W. Easter?

$ *1.5 million*

**2**

**VERDICT FORM**

7. Did Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart) engage in the conduct with malice, oppression, or fraud?

      _____X_____ Yes      _____ No

      [If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]

8. What amount of punitive damages, if any, do you award Plaintiffs jointly against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart)?

$ *2.1 million*

Signed: _____C W _____
           Presiding Juror

Dated: _____2-5-16_____

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

3
**VERDICT FORM**