# Exhibit 2

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
02/22/2016 at 11:25:08 AM
Clerk of the Superior Court
By Evelyn Velez, Deputy Clerk

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

FEB 29 2016

ALAN CARLSON, Clerk of the Court

BY K. CHUNG-MARQUEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| KELLI PETERS, | CASE NO. 30-2012-00588580-CU-PO-CJC |
| Plaintiffs, | Assigned to: Judge Michael Brenner |
| vs. | ~~AMENDED [PROPOSED]~~ JUDGMENT ON JURY VERDICT |
| KENT W. EASTER, | |
| Defendants. | Date Action Filed: August 2, 2012<br>Trial Date: February 2, 2016 |

This action came on regularly for trial on February 2, 2016 in Department C-62 of the Orange County Superior Court, the Hon. Michael Brenner, Judge presiding; the defendants Kent W. Easter and Jill B. Easter, aka Ava Everheart, aka Ava Bjork, aka Ava Easter, appearing in pro per and plaintiffs Kelli Peters, Bill Peters, and Sydnie Peters (named as "JANE DOE") (collectively, "Plaintiffs") appearing by attorneys Robert H. Marcereau & Sy Nazif. The following facts were stipulated to in this case:

1

JUDGMENT ON JURY VERDICT

1. On February 16, 2011, Defendants Kent Easter and Jill Easter (A) planted illegal drugs and drug paraphernalia in Plaintiff Kelli Peters' car, including bags of Vicodin, Percocet and Marijuana and a used Marijuana pipe; and (B) made a false report to Irvine Police that they witnessed Kelli Peters driving erratically and hiding drugs in her car; which (C) resulted in the detention and investigation of Plaintiff Kelli Peters by police.

2. The actions of Kent and Jill Easter caused emotional distress to Plaintiffs Kelli Peters, her husband Bill Peters, and their daughter, Jane Doe.

3. On October 30, 2013, Defendant Jill B. Easter pleaded guilty to felony false imprisonment of Plaintiff Kelli Peters pursuant to Penal Code 236/237a in Orange County Superior Court, Case No. 12ZF0153.

4. On September 10, 2014, Defendant Kent W. Easter was convicted of felony false imprisonment of Plaintiff Kelli Peters pursuant to Penal Code 236/237a in Orange County Superior Court, Case No. 12ZF0153.

5. Defendants Kent Easter and Jill Easter are solely responsible for the wrongful acts against Plaintiffs, and no other persons assisted them or participated in these acts.

6. Based on the above, Defendants Kent W. Easter and Jill B. Easter, jointly and severally, stipulated to liability in this lawsuit as follows:

   a. Defendants stipulate to liability for the First Cause of Action in the First Amended Complaint, "Intentional Infliction of Emotional Distress" as to all Plaintiffs (Kelli Peters, Bill Peters, and their daughter Jane Doe);

   b. Defendants stipulate to liability as to the Third Cause of Action in the First Amended Complaint, "False Imprisonment," as to Plaintiff Kelli Peters.

A jury of twelve persons (plus two alternates) was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of the parties, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned into court with its verdict as follows:

2

JUDGMENT ON JURY VERDICT

We the Jury answer the questions submitted to us as follows:

1. What are Kelli Peters' damages for False Imprisonment?

    $365,000

2. What are Kelli Peters' damages for Intentional Infliction of Emotional Distress?

    $800,000

3. What are Bill Peters' damages for Intentional Infliction of Emotional Distress?

    $365,000

4. What are Sydnie Peters' damages for Intentional Infliction of Emotional Distress?

    $600,000

5. Did Kent W. Easter engage in the conduct with malice, oppression, or fraud?

    __X__ Yes         _____ No

    [If your answer to question 5 is yes, then answer question 6. If you answered no, move to question 7.]

6. What amount of punitive damages, if any, do you award Plaintiffs jointly against Kent W. Easter?

    $1.5 million

---

JUDGMENT ON JURY VERDICT

7. Did Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart) engage in the conduct with malice, oppression, or fraud?

     __X__ Yes            _____ No

[If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form]

8. What amount of punitive damages, if any, do you award Plaintiffs jointly against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart)?

                                                 $2.1 million

Signed:         /s/ CW Jameson
                   Presiding Juror

Dated:          2-5-16

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have and recover from defendants as follows:

     Plaintiff Kelli Peters shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $800,000.00.

     Plaintiff Sydnie Peters (identified in this case as "JANE DOE"), shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $600,000.00.

     Plaintiff Bill Peters, shall have and recover against Kent W. Easter and Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava Everheart), jointly and severally, the sum of $365,000.00.

1  Plaintiffs Kelli Peters, Sydnie Peters (identified in this case as JANE DOE) and Bill Peters
2  shall jointly have and recover against Kent W. Easter the total sum of $1,500,000.00 in punitive
3  damages.
4  Plaintiffs Kelli Peters, Sydnie Peters (identified in this case as JANE DOE) and Bill Peters
5  shall jointly have and recover against Jill B. Easter (aka Ava Easter, aka Ava Bjork, aka Ava
6  Everheart) the total sum of $2,100,000.00 in punitive damages.
7  Plaintiffs shall have and recover interest on all of the above sums at the rate of ten percent
8  (10%) per annum from the date of the entry of this judgment until paid.

Dated: FEBRUARY 29, 2016

_____
Judge of the Superior Court
MICHAEL BRENNER

5
JUDGMENT ON JURY VERDICT