# Exhibit 3

MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR PLAINTIFFS
Kelli Peters, Bill Peters and MINOR 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

KELLI PETERS, an individual, BILL PETERS, an individual, and JANE DOE, a minor child, by and through her guardian ad litem, Kelli Peters

Plaintiff,

vs.

JILL B. EASTER, an individual, KENT W. EASTER, an individual, and DOES 1 through 20, inclusive,

Defendants.

Case No. 30-2012-00588580-CU-PO-CJC
Assigned to Judge Geoffrey T. Glass
Department C-32

**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT'S LIABILITY FOR (1) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; and (2) FALSE IMPRISONMENT**

Date Action Filed:    August 22, 2012
Trial Date:    February 1, 2016

Plaintiffs Kelli Peters, Bill Peters and Jane Doe, through their counsel of record, and Defendants Kent W. Easter and Jill B. Easter, aka Eva Everheart, in pro per (collectively, "Defendants"), hereby stipulate to the following:

1. This lawsuit arises from an incident in which Defendants, on or about February 16, 2011, (1) planted illegal drugs and drug paraphernalia in Kelli Peters' car, including bags of Vicodin, Percocet and Marijuana and a used Marijuana pipe; and (2) made a false report to Irvine Police that they witnessed Kelli Peters driving erratically and hiding drugs in her car; which (3) resulted in the detention and investigation of Kelli Peters by police and (4) caused emotional distress to Kelli Peters, Bill Peters and Jane Doe.

2. As a direct result of the conduct described in Paragraph 1, on or about October 30, 2013, Jill B. Easter (aka Eva Everheart) pleaded guilty to felony false imprisonment of Kelli Peters pursuant to Penal Code 236/237a in Orange County Superior Court, Case No. 12ZF0153.

3. As a direct result of the conduct described in Paragraph 1, Kent W. Easter was convicted of felony false imprisonment of Kelli Peters pursuant to Penal Code 236/237a on or about September 10, 2014 in Orange County Superior Court, Case No. 12ZF0153.

4. Based on the above, Defendants Kent W. Easter and Jill B. Easter (aka Eva Everheart), jointly and severally, stipulate to liability in this lawsuit as follows:
   a. Defendants stipulate to liability for the First Cause of Action in the First Amended Complaint, "Intentional Infliction of Emotional Distress" as to all Plaintiffs (Kelli Peters, Bill Peters, and their daughter Jane Doe);
   b. Defendants stipulate to liability as to the Third Cause of Action in the First Amended Complaint, "False Imprisonment," as to Plaintiff Kelli Peters.

5. Defendants hereby waive any and all of their affirmative defenses in this lawsuit, including but not limited to defenses based on statute of limitations, laches, superseding/intervening cause, and failure to mitigate damages.

6. Defendants stipulate that they are solely responsible for the tortious acts against Plaintiffs described herein, and that no other persons assisted them or participated in these acts.

7. Defendants stipulate that evidence regarding their motive, planning, and execution of their torts, as well as the police investigation, criminal trial and conviction/guilty plea is relevant and admissible for purposes of assisting the jury calculate damages in this case.

8. Defendants stipulate that any judgments received by Plaintiffs in this case are non-dischargeable pursuant to Bankruptcy Code 11 U.S.C. §523(a)(6), and that this Stipulation is admissible in any bankruptcy proceedings.

9. Plaintiffs agree to waive enforcement of the Court's order compelling defendant Jill B. Easter's deposition in this case, and agree to forego the deposition of Jill Easter in this case.

10. Upon entry of this order, Plaintiffs will dismiss their cause of action for Negligent Infliction of Emotional Distress with prejudice.

11. Defendants Kent W. Easter and Jill B. Easter (aka Eva Everheart) are former practicing attorneys in California, and acknowledge that they have read and understand the terms of this stipulation, and are aware of all legal ramifications of this stipulation. Defendants further acknowledge that they have had the opportunity to consult with legal counsel regarding this stipulation. Defendants further acknowledge that they proposed this stipulation to Plaintiffs.

It is So Stipulated.

Dated: January 26, 2016             MARCEREAU & NAZIF

                                    _____
                                    Robert H. Marcereau
                                    Attorneys for Plaintiffs

Dated: January 26, 2016             Kent W. Easter

                                    _____
                                    Kent W. Easter, Defendant in pro per

Dated: January 26, 2016             Jill B. Easter, aka Eva Everheart

                                    _____
                                    Jill B. Easter, aka Eva Everheart,
                                    Defendant in pro per

## ORDER

Having considered the above stipulation, and good cause appearing, IT IS SO ORDERED

Dated: _____      _____
                                    Judge of the Superior Court

STIPULATION AND ORDER RE LIABILITY