# Exhibit 4

C COPY

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2        FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

3                      DEPARTMENT C62

4

5

6    KELLI PETERS, ET. AL.,        )
                                   )
7              PLAINTIFF,          )
                                   )
8         VS.                      )    NO. 30-2012-00588580
                                   )
9    KENT W. EASTER, ET. AL.; AND  )
     DOES 1 TO 100, INCLUSIVE,     )
10                                 )
                                   )
11            DEFENDANTS.          )
     _____)

12

13       HONORABLE MICHAEL BRENNER, JUDGE PRESIDING

14                 REPORTER'S TRANSCRIPT

15                   FEBRUARY 3, 2016

16          VOLUME II - PAGES 21 THROUGH 138

17

18   APPEARANCES OF COUNSEL:

19   FOR THE PLAINTIFF:

20   MARCEREAU & NAZIF
     BY:  ROBERT H. MARCEREAU
21   AND SY NAZIF

22
     FOR THE DEFENDANT KENT W. EASTER:
23
     IN PRO PER
24   BY:  KENT W. EASTER

25
     JEANETTE A. GILLICK, CSR NO. 7961
26   OFFICIAL COURT REPORTER

37

1          MR. MARCEREAU:  YES, YOUR HONOR.  I CALL PLAINTIFF

2     KELLI PETERS.

3          THE CLERK:  DO YOU SOLEMNLY STATE THAT THE

4     EVIDENCE YOU SHALL GIVE IN THIS MATTER SHALL BE THE TRUTH,

5     THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU

6     GOD?

7          THE WITNESS:  YES, I DO.

8          THE CLERK:  PLEASE STATE AND SPELL YOUR NAME FOR

9     THE RECORD.

10          THE WITNESS:  KELLI CHERI PETERS, K-E-L-L-I,

11     C-H-E-R-I, P-E-T-E-R-S.

12          THE CLERK:  THANK YOU.  YOU MAY HAVE A SEAT AT THE

13     WITNESS STAND.

14

15                     DIRECT EXAMINATION

16

17     BY MR. MARCEREAU:

18       Q    GOOD MORNING, MRS. PETERS.

19       A    GOOD MORNING.

20       Q    I HATE TO ASK YOU THIS QUESTION, BUT WHAT YEAR

21     WERE YOU BORN?

22       A    1961.

23       Q    THAT WOULD MAKE YOU 55?

24       A    55.

25       Q    ARE YOU MARRIED?

26       A    YES, I AM.

1    Q    DID YOU LEARN THAT ONE OF THE THINGS THAT WAS

2  PLANTED IN YOUR CAR WERE NARCOTICS?

3    A    YES.

4    Q    PERCOCETS?

5    A    I DIDN'T KNOW AT THE TIME, BUT I FOUND OUT LATER,

6  YES.

7    Q    DO YOU RECOGNIZE THIS AS WHAT WAS PULLED OUT OF

8  YOUR CAR?

9    A    YES.

10    Q    THIS IS EXHIBIT 6.

11         ALSO DRUG BAGGIE OF VICODIN?

12    A    YES.

13    Q    NEXT SLIDE, PLEASE.

14         ALSO A MARIJUANA PIPE?

15    A    YES.

16    Q    A USED MARIJUANA PIPE?

17    A    YES, APPARENTLY IT WAS.

18    Q    WHAT WAS YOUR RESPONSE WHEN THE POLICEMAN PULLED

19  ALL THOSE DRUGS OUT?  WHAT DID YOU TELL HIM IF ANYTHING?

20    A    I TOLD HIM, YOU KNOW, THEY WEREN'T MINE.  I DIDN'T

21  KNOW WHERE THEY CAME FROM.  I ASKED HIM IF I WAS GETTING A

22  JOKE PLAYED ON ME.  HE SAID, NO, THAT I NEEDED TO SIT DOWN

23  ON THE CURB AND STOP TALKING, AND SO I DID.

24    Q    WERE YOU GETTING EMOTIONAL AT ALL AT THIS POINT?

25    A    YEAH, I WAS HYSTERICAL.

26    Q    WHAT WAS GOING THROUGH YOUR MIND?  WHAT WERE YOU

1    FEELING?

2         A    I FELT LIKE I WAS REALLY GOING TO GO TO JAIL AND

3    WAS WONDERING WHAT I WAS GOING TO DO WITH MY DAUGHTER.   I

4    ASKED HIM IF I NEED TO CALL A LAWYER.   YOU KNOW, I WAS

5    TRYING TO MAKE PLANS TO, YOU KNOW, GO TO JAIL.

6         Q    DID YOU FEEL HELPLESS AT THAT MOMENT?

7         A    VERY HELPLESS, YES.

8         Q    HUMILIATED?

9         A    PEOPLE WERE DRIVING BY.   I MEAN, EVERYBODY WAS

10   LOOKING AT ME AND I FELT VERY HUMILIATED.

11        Q    HOW LONG WERE YOU SITTING ON THE SIDE WITH THE

12   POLICE?

13        A    IT WAS ABOUT 45 MINUTES.

14        Q    WHAT HAPPENED NEXT?

15        A    THE POLICE ASKED ME TO STAND UP AND THEY ESCORTED

16   ME INTO THE SCHOOL.

17        Q    AT THAT POINT WHEN YOU WERE ESCORTED BACK INTO THE

18   SCHOOL, DID YOU SEE YOUR DAUGHTER?

19        A    YES.

20        Q    SHE WAS 10 YEARS OLD AT THE TIME?

21        A    YES.

22        Q    DID YOU MAKE CONTACT WITH HER?

23        A    YES.   SHE RAN UP AND GAVE ME A HUG AND WAS ASKING

24   ME WHAT WAS GOING ON, WHAT IS WRONG.   MOMMY, WHY ARE YOU

25   CRYING?

26        Q    THEN WHAT HAPPENED?

1    A    THE OFFICERS ASKED MY DAUGHTER TO SIT DOWN AND

2   THEY TOOK ME INTO A CONFERENCE ROOM NEXT TO THE PRINCIPAL'S

3   OFFICE.

4    Q    WAS THIS A PRIVATE CONFERENCE ROOM AS MR. EASTER

5   ARGUED?

6    A    WELL, IT WAS A CONFERENCE ROOM WITH WINDOWS.  I

7   DON'T KNOW.  EVERYBODY COULD USE THE CONFERENCE ROOM.

8    Q    WERE THE WINDOWS OPEN?

9    A    YES.  THE BLINDS WERE OPEN, AND YES, EVERYBODY

10  COULD SEE WHAT WAS GOING ON.

11   Q    DID YOU SEE ANYBODY THROUGH THE WINDOW?

12   A    I SAW EVERYBODY THROUGH THE WINDOW.  I SAW MY

13  DAUGHTER.  I SAW THE ADMINISTRATORS, TEACHERS WALKING BY,

14  PARENTS PICKING UP THEIR KIDS.  I SAW MY ACE KIDS BEING

15  DISMISSED.

16   Q    WERE THEY LOOKING IN AND LOOKING AT YOU?

17   A    YES.  THEY WERE ALL LOOKING AT ME, YES.

18   Q    THERE WAS A UNIFORM POLICE OFFICER IN THERE WITH

19  YOU?

20   A    YES, THERE WAS.

21   Q    AT THAT POINT WERE YOU MADE TO DO A FIELD SOBRIETY

22  TEST?

23   A    YES, I WAS.

24   Q    WHAT DID THAT INVOLVE?  KIND OF A WALKING IN LINE?

25   A    YES.  WALK IN LINE AND DO MY ABC'S, TOUCH MY NOSE.

26  THEY GOT A FLASHLIGHT AND HAD ME OPEN MY MOUTH AND LOOKED

77

1  INSIDE MY MOUTH.

2     Q     COULD YOU SEE WHETHER OR NOT YOUR DAUGHTER WAS

3  WATCHING WHEN THIS WAS HAPPENING?

4     A     YES, I COULD SEE THAT SHE WAS WATCHING.

5     Q     DID SHE APPEAR TO BE CONCERNED FROM YOUR

6  OBSERVATIONS?

7     A     YES.  SHE LOOKED VERY CONCERNED.

8     Q     AT SOME POINT DID THE OFFICER THEN ORDER THE

9  BLINDS SHUT?

10     A     YES.  THEY DID DECIDE TO SHUT THE BLINDS, YES.

11     Q     HOW LONG WERE YOU HELD INSIDE?

12     A     IT WAS OVER AN HOUR.

13     Q     DID YOU FEEL LIKE YOU WERE FREE TO GO AND COULD

14  WALK OUT OF THERE?

15     A     I WAS NOT FREE TO GO.

16     Q     AT SOME POINT DID YOUR HUSBAND SHOW UP?

17     A     YES.

18     Q     ARE YOU AWARE WHETHER OR NOT HE WAS INFORMED THAT

19  YOU WERE BEING QUESTIONED BY POLICE AT THE SCHOOL AND

20  NEEDED TO GET DOWN THERE?

21     A     SOMEBODY FROM THE OFFICE CALLED HIM AND TOLD HIM

22  TO COME DOWN.  I BELIEVE THEY WANTED HIM TO PICK UP SYDNEY,

23  THAT SHE NEEDED A RIDE.

24     Q     DID THE POLICE EVER START QUESTIONING YOUR HUSBAND

25  IN FRONT OF YOU?

26     A     YES.

1    Q    ABOUT WHAT?

2    A    WERE WE HAVING MARITAL PROBLEMS?  HAD HE EVER SEEN

3    DRUG USE IN THE HOUSE?  STUFF LIKE THAT.

4    Q    DID THEY ASK HIM ABOUT THE DRUGS IN THE CAR?

5    A    HE SAID, WOULD YOUR WIFE HAVE A REASON TO HAVE

6    DRUGS IN HER CAR?

7    Q    WHAT WERE YOUR OBSERVATIONS OF YOUR HUSBAND'S

8    REACTION TO ALL OF THIS?

9    A    HE WAS JUST MORTIFIED.  TRYING TO EXPLAIN

10   SOMETHING THAT HE DIDN'T KNOW ANYTHING ABOUT.  JUST

11   TERRIBLE.

12   Q    DID HE APPEAR WORRIED TO YOU?

13   A    YES, HE WAS VERY WORRIED ABOUT WHAT WAS GOING ON.

14   Q    WERE YOU TELLING THE POLICE THAT YOU DIDN'T DO IT?

15   A    YES, NON-STOP.

16   Q    NON-STOP I DIDN'T DO IT, NOT ME?

17   A    YES.  EVERY TIME I COULD OPEN MY MOUTH THAT IS

18   WHAT CAME OUT OF MY MOUTH.

19   Q    AT SOME POINT DID THE POLICE OFFICER ASK YOU,

20   WELL, WHO DO YOU THINK DID IT IF NOT YOU?

21   A    YES.  AT ONE POINT THEY ASKED ME, OKAY, SO IF YOU

22   DIDN'T DO IT, THEN WHO DID?  DO YOU HAVE ANY ENEMIES?

23   Q    COULD YOU THINK OF A COUPLE?

24   A    YES.  I IMMEDIATELY THOUGHT OF JILL EASTER.

25   Q    NOW WHEN YOU POINTED THE FINGER AT THE EASTERS,

26   DID THE POLICE JUST BUY THAT AND SAY, OKAY, WELL, CASE

1    CLOSED?

2        A    NO.

3        Q    AFTER THOSE COUPLE HOURS AT THE SCHOOL, WHAT

4    HAPPENED NEXT?  TAKE ME FROM YOU ARE IN THE CONFERENCE ROOM

5    AND THEN WHERE DID YOU GO?

6        A    THEY ASKED ME IF THEY COULD COME TO MY APARTMENT

7    AND LOOK THROUGH THE APARTMENT.

8        Q    DID YOU CONSENT TO A SEARCH?

9        A    YES, I DID.

10       Q    WHAT WAS YOUR THOUGHT ABOUT CONSENTING TO A

11   SEARCH?

12       A    AT FIRST I WAS LIKE, I HAVE BEEN VIOLATED ENOUGH.

13   AND THEN I THOUGHT, WELL, THAT IS DUMB.  THE BEST WAY TO

14   GET YOURSELF OUT OF THIS IS LET THEM COME LOOK AT YOUR

15   HOUSE.

16       Q    SO WHEN YOU CONSENTED TO THE SEARCH, WHAT HAPPENED

17   THEN?  TAKE ME THROUGH IT FROM THE CONFERENCE ROOM.

18       A    THEY TOOK ME TO MY CAR AND TOLD ME THAT THEY WERE

19   GOING TO FOLLOW ME, TO GO AHEAD AND BRING MY CAR HOME AND

20   THAT THEY WOULD FOLLOW ME IN MY CAR.  AND MY DAUGHTER AND

21   MY HUSBAND AND ONE OF THE GUYS FOLLOWED HIM, AND WE ALL

22   WENT TO THE APARTMENT AND PARKED.  THEN GOT ESCORTED

23   UPSTAIRS TO MY APARTMENT.

24       Q    LET ME STOP YOU THERE FOR A MINUTE.

25            THE POLICE WALKED YOU OUT TO THE PARKING LOT TO

26   YOUR CAR?

80

1    A    RIGHT.

2    Q    AND THEN YOU GOT A POLICE ESCORT TO YOUR HOME?

3    A    RIGHT.

4    Q    WERE THERE OTHER PEOPLE AT THE SCHOOL?  DID YOU

5 SEE WHETHER OR NOT PEOPLE COULD SEE WHAT WAS HAPPENING, YOU

6 BEING WALKED OUT IN THE PARKING LOT?

7    A    YES.  EVERYBODY WAS WATCHING.

8    Q    SO YOU GET TO YOUR HOUSE.

9         THEN THE POLICE YOU SAID WALKED YOU UPSTAIRS TO

10 YOUR APARTMENT?

11   A    YES.

12   Q    HOW MANY BEDROOMS WAS THIS APARTMENT?

13   A    TWO BEDROOMS.

14   Q    HOW MANY SQUARE FEET?

15   A    UNDER A THOUSAND.

16   Q    WHEN YOU GOT INTO YOUR APARTMENT, WHO WAS THERE?

17 YOUR WHOLE FAMILY?

18   A    IT WAS SYDNEY MY DAUGHTER, BILL MY HUSBAND, AND I,

19 AND THEN ONE OF THE POLICE OFFICERS STAYED DOWN AT MY CAR

20 AND ONE CAME UP AND SEARCHED THE HOUSE.

21   Q    SO THE POLICE OFFICER SEARCHED YOUR APARTMENT?

22   A    YES.

23   Q    WENT THROUGH ALL OF YOUR DRAWERS?

24   A    YES.

25   Q    WENT IN THE CLOSETS?

26   A    YES.

1     Q     LOOKED THROUGH EVERYTHING?

2     A     AS FAR AS I KNOW.  I ENDED UP TURNING MY BACK.  IT

3  WAS TOO MUCH FOR ME TO WATCH.

4     Q     WHAT WAS YOUR DAUGHTER DOING AT THIS TIME?

5     A     SHE WAS REALLY UPSET.  SHE WAS CRYING, SO I JUST

6  KIND OF GRABBED HER AND PUT HER, YOU KNOW, IN MY STOMACH

7  RIGHT HERE AND TOLD HER NOT TO WATCH.

8     Q     SO SHE WAS FACING YOU?

9     A     YES, KIND OF HUDDLED TOGETHER AND WAITED FOR IT TO

10  BE OVER.

11     Q     TRYING TO SHIELD HER FROM WHAT WAS HAPPENING?

12     A     YES, I WAS.

13     Q     WERE YOU UPSET AT THIS POINT?

14     A     YES, I WAS STILL VERY UPSET.

15     Q     WAS YOUR DAUGHTER UPSET?

16     A     YES.

17     Q     WAS SHE CRYING?

18     A     YES, SHE WAS CRYING.

19     Q     AT SOME POINT EITHER THAT DAY OR I'M NOT SURE THE

20  FOLLOWING DAY, DID CSI SHOW UP TO YOUR HOUSE?

21     A     YES, THEY DID.

22     Q     SO A BIG CSI TRUCK PARKED OUTSIDE YOUR APARTMENT?

23     A     THAT'S CORRECT.

24     Q     WHAT DID IT LOOK LIKE?

25     A     IT WAS WHITE WITH, YOU KNOW, CRIME SCENE

26  INVESTIGATION WRITTEN ACROSS THE SIDE.

82

1      Q      DID PEOPLE FROM CSI CONDUCT AN INVESTIGATION OF

2   YOUR APARTMENT AND CAR?

3      A      YES.

4      Q      DO YOU KNOW WHETHER ANY NEIGHBORS SAW ALL THIS

5   GOING ON?

6      A      I KNOW FOR A FACT MY NEIGHBORS SAW.

7      Q      DID THEY ASK YOU ABOUT IT?

8      A      THEY DID, YES.

9      Q      WAS THAT EMBARRASSING?

10      A      VERY EMBARRASSING.

11      Q      WHAT IS YOUR UNDERSTANDING WHAT CSI DID?

12      A      THEY TOLD ME THEY WERE GOING TO FINGERPRINT MY CAR

13   AND COLLECT DNA AND FINGERPRINT MY DAUGHTER AND I AND

14   COLLECT DNA.

15      Q      SO YOU GOT FINGERPRINTED AND DNA TESTED?

16      A      YES.

17      Q      HOW DID THEY DO THE DNA TEST?

18      A      THEY USED A SWAB AND SWABBED THE INSIDE OF OUR

19   MOUTH.

20      Q      ONE OF THOSE BIG LONG Q-TIPS?

21      A      YES.

22      Q      AND SWABBED IN YOUR MOUTH?

23      A      YES.

24      Q      DID THEY DO THE SAME THING TO YOUR DAUGHTER?

25      A      THEY DID.

26      Q      HOW DID YOU FEEL WATCHING THEM DO THAT TO YOUR

1   DAUGHTER?

2       A    IT WAS VERY UPSETTING.

3       Q    WAS YOUR DAUGHTER UPSET?

4       A    SHE WAS VERY UPSET.

5       Q    WHEN ALL THIS WAS GOING ON WERE YOU AT THIS POINT

6   CONTINUING TO DENY THAT YOU DID IT?

7       A    YES, OF COURSE I WAS.

8       Q    SO ONCE CSI FINISHED -- STRIKE THAT.

9            DID YOU GO TO WORK THE NEXT DAY?

10      A    NO.  I WAS TOO UPSET TO GO TO WORK THE NEXT DAY.

11      Q    WHEN THE OFFICERS FINISHED SEARCHING YOUR HOME,

12  DID ANYBODY TELL YOU, THAT'S IT, YOU'RE OFF THE LIST AS A

13  SUSPECT?

14      A    NO.

15      Q    WHEN THE CSI FINISHED UP THEIR INVESTIGATION, DID

16  THEY SAY, WELL, WE CAN RULE YOU OUT?

17      A    NO, THEY NEVER SAID THAT.

18      Q    SO YOU MISSED THE NEXT DAY?

19      A    I DID.

20      Q    FOR THE FIRST COUPLE WEEKS AFTER THIS HAPPENED

21  WERE YOU FEARFUL THAT YOU MIGHT GET THROWN IN JAIL FOR DRUG

22  POSSESSION?

23      A    I THOUGHT FOR SURE I WAS GOING TO.  I NEVER DIDN'T

24  THINK THAT.

25      Q    DID YOU HAVE ANY DISCUSSIONS WITH YOUR HUSBAND OR

26  MAKE ANY PLANS?

84

1      A     YES.  I MADE PLANS WITH MY RELATIVES.  I SAID IF

2   THEY EVER COME AND TAKE ME TO JAIL, I'M GOING TO NEED HELP

3   FROM EVERYBODY.  I NEED SOMEONE TO PICK SYDNEY UP, YOU

4   KNOW, MAKE DINNER AND STUFF AND MAKE SURE EVERYBODY IS FED

5   AND TAKEN CARE OF, AND PLEASE FIND ME A LAWYER.  YOU KNOW,

6   THE NORMAL STUFF YOU WOULD MAKE IF YOU HAVE TO GO TO JAIL.

7      Q     WAS YOUR DAUGHTER UPSET AT THE THOUGHT OF YOU

8   MAYBE GOING TO JAIL?

9      A     I HAD TO TELL HER IT COULD HAPPEN.  I THOUGHT IT

10  WAS GOING TO HAPPEN FOR SURE, SO I HAD TO TELL HER.  I

11  DIDN'T WANT TO TELL HER THAT, BUT I HAD TO.

12     Q     WAS YOUR HUSBAND UPSET AT THE PROSPECT OF YOU

13  GOING TO JAIL?

14     A     YES, HE WAS UPSET.  HE WAS TRYING HARD TO, YOU

15  KNOW, BE THE MAN AND BE THE ROCK, BUT HE WAS VERY UPSET.

16     Q     NOW AT SOME POINT BECAUSE YOU HAD MENTIONED THE

17  EASTERS DID YOU BECOME AWARE THAT THE POLICE HAD TURNED

18  THEIR ATTENTION AND WERE STARTING TO INVESTIGATE WHETHER

19  THEY IN FACT MIGHT BE THE CULPRIT?

20     A     YES.

21     Q     DID YOU GET CALLS FROM POLICE AND DETECTIVES ABOUT

22  IT?

23     A     YES, I DID.

24     Q     AT SOME POINT AFTER A COUPLE OF WEEKS DID IT SEEM

25  TO YOU THE FOCUS WAS SHIFTING OFF OF YOU AND ONTO THE

26  EASTERS?

1    A    YES, IT DID FEEL LIKE THAT.

2    Q    WHEN WERE THE EASTERS ARRESTED?

3    A    I DON'T REMEMBER THE DATE.

4    Q    I THINK IT'S AN ESTABLISHED FACT IN THIS CASE IT

5  WAS IN JUNE.

6    A    IT WASN'T FOR LIKE A YEAR.

7    Q    IT WAS OVER A YEAR AFTER?

8    A    YES, IT WAS OVER A YEAR.

9    Q    IN THAT YEAR BEFORE THE EASTERS WERE EVENTUALLY

10  ARRESTED DID YOU HAVE ANY CONCERNS ABOUT WHAT IF ANYTHING

11  THEY MIGHT DO NEXT?

12    A    YES.  I WAS TERRIFIED THEY WERE GOING TO DO

13  SOMETHING ELSE.  IT KEPT ESCALATING.

14    Q    WHAT WAS GOING THROUGH YOUR HEAD?

15    A    I WAS THINKING THAT MOSTLY THAT THE BEST WAY TO,

16  YOU KNOW, GET TO ME WOULD BE TO DO SOMETHING TO MY FAMILY

17  AND SO I KEPT MY DAUGHTER CLOSE.  I WAS NERVOUS THEY WERE

18  GOING TO DO SOMETHING TO HER.  AND YOU KNOW, LOTS OF THINGS

19  WERE GOING THROUGH MY HEAD.

20    Q    DID YOU HAVE ANY NIGHTMARES?

21    A    I HAD NIGHTMARES ALL THE TIME EVERY NIGHT.

22    Q    DO YOU REMEMBER WHAT THEY WERE?

23    A    I WAS AFRAID THAT THEY WERE GOING TO SOMEHOW GET

24  IN MY HOUSE AND EITHER KIDNAP MY DAUGHTER OR, YOU KNOW,

25  KILL ME.  I HONESTLY THOUGHT THEY WERE GOING TO BE ABLE TO

26  DO THAT.

1    Q    DID YOU TAKE ANY STEPS TO TRY TO PROTECT YOURSELF

2  AROUND THE HOUSE?

3    A    WE HAD ALL THE LOCKS CHANGED ON THE DOORS AND HAD

4  LOCKS PUT ON THE WINDOW.  THAT KIND OF STUFF.

5    Q    DID YOU NOTICE ANY -- STRIKE THAT.

6      HOW ABOUT YOUR DAUGHTER?  WHAT EFFECTS DID YOU

7  NOTICE ON HER?

8    A    SHE WOULDN'T SLEEP IN HER ROOM ANYMORE.  SHE

9  DECIDED SHE WASN'T GOING TO GO IN HER ROOM ANYMORE WITHOUT

10  SOMEONE WITH HER, SO SHE STARTED SLEEPING IN OUR BED.

11      MR. MARCEREAU:  I WOULD LIKE TO PUBLISH A PICTURE

12  OF MRS. PETERS' DAUGHTER.

13      THE COURT:  WELL, WHAT NUMBER IS IT?

14      MR. MARCEREAU:  I DON'T HAVE IT MARKED AS AN

15  EXHIBIT.

16      THE COURT:  ANY OBJECTION?

17      MR. EASTER:  I DON'T BELIEVE I HAVE SEEN IT YET,

18  BUT NO OBJECTION.

19      THE COURT:  BEFORE YOU PUBLISH IT, SHOW MR. EASTER

20  WHATEVER PICTURE YOU ARE GOING TO PUBLISH.

21  BY MR. MARCEREAU:

22    Q    IS THIS YOUR DAUGHTER AT 10 YEARS OLD?

23    A    YES, THAT IS SYDNEY.

24    Q    I HAVE A COUPLE PICTURES.  THIS IS YOU AND YOUR

25  10-YEAR-OLD DAUGHTER AT THE TIME?

26    A    YES, THAT IS US.

1    Q    IN HAPPIER TIMES?

2    A    YES.

3    Q    SO YOU MENTIONED THAT YOUR DAUGHTER WASN'T

4    SLEEPING IN HER BED ANYMORE?

5    A    YEAH, SHE WOULD NOT SLEEP IN HER BED ANYMORE.

6    Q    WHY NOT?

7    A    SHE TOLD ME SHE WAS AFRAID SHE WAS GOING TO BE

8    KIDNAPPED BECAUSE SHE HAS A WINDOW IN THERE.

9    Q    SO WHERE DID SHE SLEEP THEN?  WITH YOU GUYS?

10    A    YES, WITH MY HUSBAND AND I.

11    Q    BEFORE THIS DRUG PLANTING INCIDENT THAT THE

12    EASTERS DID, DID YOUR DAUGHTER SLEEP IN HER OWN ROOM?

13    A    YES.

14    Q    SO THIS SCARED TO SLEEP BY HERSELF THAT DIDN'T

15    HAPPEN UNTIL AFTER WHAT THE EASTERS DID?

16    A    NO.

17    Q    YOUR DAUGHTER, DID YOU NOTICE ANY OTHER ISSUES SHE

18    WAS HAVING AT SCHOOL OR ANYTHING?

19    A    SHE STARTED TO NOT WANT TO GO TO SCHOOL ANYMORE.

20    SHE WAS LOSING ALL HER FRIENDS.  SO SHE FELT LIKE SHE JUST

21    DIDN'T WANT TO GO ANYMORE.  HER GRADES WERE DECLINING.  SHE

22    WASN'T ABLE TO CONCENTRATE.  I THINK IT WAS MOSTLY LOSING

23    HER FRIENDS.

24    Q    DID SHE GET PUT INTO A DIFFERENT SPECIAL CLASS OR

25    ANYTHING AT THAT TIME?

26    A    YES.  SHE WAS TAKEN OUT OF HER REGULAR CLASS

1   DURING THE DAY AND TAKEN TO A CLASS WITH A COUNSELOR AND

2   KIDS THAT HAD TROUBLE CONCENTRATING IN CLASS AND BEHAVING

3   AND VARIOUS REASONS THAT KIDS WERE IN THERE.

4       Q    WAS THIS A BIG DEAL AROUND THE SCHOOL AFTER THIS

5   HAPPENED IN THE AFTERMATH?

6       A    YES.  IT WAS A HUGE DEAL, YES.  EVERYBODY KNEW

7   ABOUT IT.

8       Q    YOU SAY YOUR DAUGHTER LOST HER FRIENDS.

9           WHAT DID YOU SEE THAT LED YOU TO THAT CONCLUSION?

10      A    I THINK, YOU KNOW, ALL THE PARENTS WERE TALKING

11  AND, YOU KNOW, THE KIDS AREN'T DUMB.  THEY OVERHEAR

12  EVERYTHING THAT THEY ARE SAYING.  THEY JUST STOPPED WANTING

13  TO HANG OUT WITH HER.  THEY CLOSED THE GAMES TO HER AND

14  TOLD HER SHE COULDN'T PLAY WITH THEM.  JUST FLAT OUT SAID

15  YOU CAN'T PLAY WITH US.

16      Q    DID YOU EVER SEE HER AT SCHOOL LIKE AT LUNCH TIME

17  FOR EXAMPLE?

18      A    YES.  I WAS ALWAYS THERE BECAUSE I WAS A VOLUNTEER

19  FOR AN ART CLASS.

20      Q    AFTER THIS DRUG PLANTING WHEN YOU WENT AND SAW

21  YOUR DAUGHTER IN THE LUNCHROOM, WAS SHE SITTING WITH HER

22  FRIENDS OR BY HERSELF?

23      A    NO.  I WOULD GO AND CHECK UP WITH HER AND SHE

24  WOULD BE BY HERSELF AND I WOULD SAY, WHY AREN'T YOU SITTING

25  WITH YOUR FRIENDS, AND SHE WOULD TELL ME THEY DON'T WANT ME

26  NEAR THEM ANYMORE.  THEY DON'T WANT ME AS A FRIEND ANYMORE.

89

Q    THIS WAS ALL RIGHT AFTER THE DRUG PLANTING?

A    EXACTLY.

Q    DID YOU EVER SEE YOUR DAUGHTER OUT IN THE PLAYGROUND WHEN YOU WERE AT THE SCHOOL?

A    SHE STOPPED PLAYING GAMES WITH THE KIDS BECAUSE THEY WOULDN'T LET HER.  SO SHE WOULD WALK AROUND THE FIELD BY HERSELF UNTIL LUNCH WAS OVER.  SHE WAS JUST TALKING TO HERSELF AND WALKING AROUND BY HERSELF.

Q    DID YOU EVER ASK PARENTS OF SOME OF THE KIDS TO HELP YOU OUT?

A    I WAS TRYING TO COME UP WITH SOME IDEAS, SO I WOULD ASK SOME OF THE PARENTS THAT HAD KIDS THERE IF THEY WOULD TALK TO THEIR KIDS AND ASK THEM TO GO PLAY WITH HER SO SHE WASN'T ALONE ALL THE TIME.  FOR KIDS TO BE ASKED TO DO THAT JUST WASN'T ORGANIC I GUESS.  IT JUST DIDN'T WORK OUT.  SYDNEY FELT LIKE EVERYBODY WAS TAKING PITY ON HER AND DIDN'T WANT ANY PART OF IT.  SHE JUST WANTED HER FRIENDS BACK.

Q    DID SHE END UP ASKING YOU IF SHE COULD LEAVE THE SCHOOL?

A    YES.  SHE GOT IN MY CAR ONE DAY AND JUST SAT THERE AND SHE JUST BROKE DOWN AND SAID, CAN I PLEASE CHANGE SCHOOLS.  I WAS LIKE, WELL, I MEAN I DON'T KNOW.  I WILL HAVE TO CHECK INTO IT.  ARE YOU SERIOUS?  SHE WAS ONLY 10 OR 11 AT THE TIME.  I JUST THOUGHT IT WAS KIND OF A WEIRD GROWN UP THING TO ASK ME, BUT SHE WAS IN SO MUCH PAIN.  SHE

1   JUST DIDN'T WANT TO GO THERE ANYMORE.  SHE COULDN'T HANDLE

2   IT ANYMORE.

3       Q    DID YOU END UP SWITCHING SCHOOLS?

4       A    I DID THAT DAY.  I WENT TO THE NEAREST OTHER

5   SCHOOL AND TOLD THEM THE SITUATION AND THEY SAID THAT THEY

6   WOULD TALK TO THE PRINCIPAL AND THEY ENDED UP GIVING ME THE

7   OKAY, YES.

8       Q    SO YOU WERE ABLE TO GET HER INTO A NEW SCHOOL?

9       A    YES.

10      Q    DID THAT HELP?

11      A    YES, IT HELPED A LOT ACTUALLY.

12      Q    HOW ABOUT YOU?  WHEN YOU FINALLY WENT BACK TO

13  SCHOOL FOR YOUR VOLUNTEERING IN THE WAKE OF THIS BIG DOINGS

14  AT THE SCHOOL, DID YOU FEEL ANY SORT OF SHAME OR

15  HUMILIATION AT ALL?

16      A    I WAS FEELING REALLY AWKWARD AND, YOU KNOW, PEOPLE

17  WERE TALKING ABOUT ME AND COMING UP AND ASKING ME A LOT OF

18  QUESTIONS AND I WAS JUST SO, YOU KNOW, BROKEN DOWN AND

19  HUMILIATED.  I JUST DIDN'T KNOW HOW TO ACT ANYMORE.

20      Q    EVER SEE PEOPLE KIND OF POINTING AND WHISPERING?

21      A    YES, OF COURSE.

22      Q    DID THAT MAKE YOU FEEL UNCOMFORTABLE?

23      A    YES.  IT WAS EXCRUCIATING.

24      Q    DID YOU SEE ANY CHANGES IN YOURSELF LIKE YOUR

25  APPEARANCE BECAUSE OF WHAT WAS HAPPENING?

26      A    YEAH.  I WAS LOSING MY HAIR.

1    Q    YOUR HAIR WAS FALLING OUT?

2    A    YES.  I HAD A NICE BIG BALD SPOT IN THE BACK OF

3  THE HEAD THAT I NEVER HAD BEFORE.  SO I KNOW IT WAS FROM

4  STRESS.  I WAS ALWAYS GETTING HEADACHES.  I WAS LOSING

5  WEIGHT.  I WASN'T SLEEPING.  I WASN'T EATING.  I WAS NOT

6  FUNCTIONING NORMAL.  IT WAS JUST TOO MUCH.

7    Q    DO YOU WANT YOUR DAUGHTER TO BE HERE TO TESTIFY

8  TODAY?

9    A    NO, I DO NOT.

10   Q    ARE YOU AFRAID OF THE EFFECT IT MIGHT HAVE ON HER

11  BEING IN THE SAME ROOM AS THE DEFENDANT?

12   A    SHE DOESN'T WANT TO.  I AM NOT GOING TO MAKE HER

13  DO THAT, NO WAY.  I JUST WON'T DO IT.

14   Q    DID YOU SEE ANY EFFECT ON YOUR HUSBAND FROM ALL OF

15  THIS?

16   A    SURE.  MY HUSBAND STARTED HAVING ANXIETY ATTACKS.

17  HE CAME HOME ONE DAY FROM WORK AND HE WALKED IN THE DOOR

18  AND GRABBED HIS HEART FELL ON HIS KNEES, AND I THOUGHT HE

19  WAS HAVING A HEART ATTACK.  AND SO I RUSHED HIM TO THE

20  HOSPITAL AND HE HAD AN ANXIETY ATTACK.  THAT IS WHAT IT

21  WAS.  HIS HEART WAS RACING AND IT WAS HURTING, YOU KNOW.

22   Q    THIS WAS AT SOME POINT AFTER THE DRUG PLANTING?

23   A    YES.

24   Q    IT WAS FROM ALL OF THE STRESS AND WORRY?

25   A    YES.

26        MR. EASTER:  OBJECTION, CALLS FOR SPECULATION.

## REPORTER'S CERTIFICATE

I, JEANETTE A. GILLICK, CSR NO. 7961, OFFICIAL

COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE

OF CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY THAT THE

FOREGOING TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPT OF MY

SHORTHAND NOTES, AND IS A FULL, TRUE AND CORRECT STATEMENT

OF THE PROCEEDINGS HAD IN SAID CAUSE.

DATED THIS 24th DAY OF February, 2016.


JEANETTE A. GILLICK, CSR NO. 7961
OFFICIAL COURT REPORTER