# Exhibit 6

1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

2         FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

3                         DEPARTMENT 62

4

5

6   KELLI PETERS, ET. AL.,          )

7               PLAINTIFF,          )
                                    )
8         VS.                       )    NO. 30-2012-00588580
                                    )
9   KENT W. EASTER, ET. AL.; AND    )
    DOES 1 TO 100, INCLUSIVE,       )
10                                  )
              DEFENDANTS.           )
11  _____)

12

13       HONORABLE MICHAEL BRENNER, JUDGE PRESIDING

14                  REPORTER'S TRANSCRIPT

15                   FEBRUARY 5, 2016

16          VOLUME IV – PAGES 278 THROUGH 374

17

18  APPEARANCES OF COUNSEL:

19  FOR THE PLAINTIFF:

20  MARCEREAU & NAZIF
    BY:  ROBERT H. MARCEREAU
21  AND SY NAZIF

22

23  FOR THE DEFENDANT KENT W. EASTER:

24  IN PRO PER
    BY:  KENT W. EASTER

25

26  JEANETTE A. GILLICK, CSR NO. 7961
    OFFICIAL COURT REPORTER

1           MR. NAZIF:  WE DO, YOUR HONOR.  WE ARE IN

2   AGREEMENT HOW IT'S PUT TOGETHER.

3           MR. EASTER:  YES.

4           THE COURT:  WE WILL GIVE OURSELVES A LITTLE TIME

5   ONCE BOTH SIDES HAVE RESTED.  WE ALSO HAVE TO DEAL WITH THE

6   EXHIBITS.  WE WILL COME BACK AND THEN HAVE ARGUMENT.  WE

7   SHOULD BE ABLE TO HAVE AT LEAST PLAINTIFF'S OPENING

8   ARGUMENT BEFORE NOON.

9           LET'S ASK THE JURY TO JOIN US.

10

11           (WHEREUPON THE JURY ENTERS THE COURTROOM.)

12   (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN COURT IN THE

13                 PRESENCE OF THE JURY:)

14

15           THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

16           MR. BURKHALTER, I HAVE YOUR NOTE.  I UNDERSTAND

17   WHAT YOU ARE SAYING, AND WE WILL TAKE CARE OF ALL OF THAT.

18   DON'T BE CONCERNED ABOUT IT.

19           MR. EASTER, I BELIEVE YOU WERE ON THE STAND.

20

21                 **KENT EASTER,**

22   CALLED AS A WITNESS ON BEHALF OF THE DEFENDANTS, AND HAVING

23   BEEN PREVIOUSLY DULY SWORN, WAS EXAMINED AND TESTIFIED AS

24   FOLLOWS:

25

26

1    Q    SO WHEN YOU GOT TO THE HOTEL, YOU WENT THROUGH THE
2    LOBBY AND WENT BACK TO THE BUSINESS CENTER WHERE THEY HAD
3    PUBLIC USE PHONES?

4    A    THAT'S RIGHT.

5    Q    AND I WON'T GO THROUGH ALL OF THE DETAILS OF THE
6    CALL.  WE HAVE BEEN THROUGH IT.  BUT IN THAT CALL YOU
7    MENTIONED TO THE POLICE THAT YOU WERE A PARENT WHO HAD A
8    DAUGHTER AT THE ELEMENTARY SCHOOL, RIGHT?

9    A    YES.  I WAS DOING EVERYTHING I COULD TO NOT BE
10   CONNECTED WITH THE CALL.

11   Q    SO YOU DIDN'T HAVE A DAUGHTER WHO WAS GOING TO THE
12   SCHOOL?

13   A    NO, I DID NOT.

14   Q    WHEN YOU MADE THAT CALL TO THE POLICE AND YOU TOLD
15   THEM THAT YOU SAW KELLI PETERS DRIVING ERRATICALLY AND
16   STASHING DRUGS IN HER CAR, YOU WERE INTENDING TO CAUSE HER
17   HARM, WEREN'T YOU?

18   A    YES.

19        MR. MARCEREAU:  NOTHING FURTHER, YOUR HONOR.

20        THE COURT:  ALL RIGHT, MR. EASTER.  DO YOU HAVE
21   ANY OTHER QUESTIONS?

22        MR. EASTER:  NO, I DON'T HAVE ANYTHING FURTHER.

23        THE COURT:  ALL RIGHT.  YOU CAN STEP DOWN, SIR.

24        MR. MARCEREAU, DO YOU HAVE ADDITIONAL WITNESSES?

25        MR. MARCEREAU:  NO YOUR HONOR.

26        THE COURT:  WILL THERE BE ANY REBUTTAL EVIDENCE?

1

## REPORTER'S CERTIFICATE

2

3

4          I, JEANETTE A. GILLICK, CSR NO. 7961, OFFICIAL

5     COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE

6     OF CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY THAT THE

7     FOREGOING TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPT OF MY

8     SHORTHAND NOTES, AND IS A FULL, TRUE AND CORRECT STATEMENT

9     OF THE PROCEEDINGS HAD IN SAID CAUSE.

10          DATED THIS _24th_ DAY OF _February_, 2016.

11

12

13

14          JEANETTE A. GILLICK, CSR NO. 7961
              OFFICIAL COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

26