Robert P. Goe – State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone: (949) 798-2460
Facsimile: (949) 9559-9437
rgoe@goeforlaw.com
cmiller@goeforlaw.com

Attorneys for Defendant, Kent W. Easter

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>KENT W. EASTER,<br><br>        Debtor<br><br>―――――――――――――――<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br><br>        Plaintiffs,<br><br>        v.<br><br>KENT W. EASTER,<br><br>        Defendant. | Case No.: 8:16-bk-10223-ES<br><br>Chapter 7 Proceeding<br><br>Adv. Case No. 8:16-ap-01114-ES<br><br>**DECLARATION OF KENT W. EASTER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**:<br>**Date**:   November 10, 2016<br>**Time**:   10:30 a.m.<br>**Ctrm**:   5A |

---

DECLARATION OF KENT W. EASTER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, KENT EASTER, declare:

1. I have personal knowledge of the matters set forth in this declaration and if called upon to testify to such matters, I could and would do so competently.

2. On September 10, 2014, I was convicted of false imprisonment of Kelli Peters under California Penal Code §236/237 and on October 14, 2014, I was sentenced to three months in Orange County Jail, 3 years' probation, 100 hours of community service, and victim restitution to Kelli Peters in an amount to be determined later. On June 14, 2016, a hearing was held on restitution owed to Kelli Peters and an amount of approximately $36,000 was awarded, including interest.

3. On February 1, 2016, I went to trial in Orange County Superior Court, Case No. 30-2012-00588580 ("State Court Action") on Plaintiff Kelli Peters' causes of action for false imprisonment and intentional infliction of emotional distress and Plaintiffs Bill and Sydnie Peters' claims of intentional infliction of emotional distress. I was not able to retain an attorney and represented myself in pro per.

4. In order to streamline and expedite the trial, I agreed to stipulate to liability and only dispute damages. In negotiating the stipulation, however, I was not willing to stipulate to any intentional wrongdoing against Bill and Sydnie Peters. I never intended to cause any injury to Bill Peters. I never intended to cause any harm to Sydnie Peters. I expressed my unwillingness to stipulate to something that was not true as to these two Plaintiffs to Plaintiffs' counsel, Robert Marcereau, in an email.

5. Mr. Marcereau responded to me by citing the CACI 1600 jury instruction on intentional infliction of emotional distress and stating that recklessness provided a basis for liability for intentional infliction of emotional distress. Solely on this basis, and without representation by counsel, I agreed to the stipulation. Attached hereto as **Exhibit A** and incorporated herein is a true and correct copy of my January 25, 2016, e-mail exchange with Mr. Marcereau.

6. On February 5, 2016, after the conclusion of the trial in the State Court Action,

- 1 -

DECLARATION OF KENT W. EASTER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

the jury awarded separate amounts of compensatory damages to Kelli Peters, Bill Peters and Sydney Peters, and awarded the Plaintiffs $1.5 million in punitive damages against me.

7. On August 12, 2016, after first filing a motion for new trial and for judgment notwithstanding of the verdict, which were denied on June 2, 2016, I filed a notice of appeal of the judgment, which appeal is currently pending before the California Fourth District Court of Appeal, Case No. G054029.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of October, 2016.

/s/ Kent W. Easter

Kent W. Easter

-- 2 --

# EXHIBIT A



Kent Easter <kentweaster@gmail.com>

## Bankruptcy Case: Order Shortening Time on Motion for Relief From Stay

**Kent Easter** <kentweaster@gmail.com>            Mon, Jan 25, 2016 at 9:18 AM
To: Robert Marcereau <rmarcereau@mncalaw.com>
Cc: Jill Easter <easterjb@gmail.com>, Sy Nazif <snazif@mncalaw.com>, Nicole Lipowski <nlipowski@mncalaw.com>

Rob:

That was helpful. Thank you.

The terms are agreeable.

Kent

On Jan 25, 2016, at 9:08 AM, Robert Marcereau <rmarcereau@mncalaw.com> wrote:

> CACI 1600 defines Intentional Infliction of Emotional Distress as either intentional, or with "reckless disregard of the probability that [*name of plaintiff*] would suffer emotional distress…"
>
> We would need to add an additional term that Defendants stipulate that any judgment in this action is non-dischargeable pursuant to Bankruptcy Code 523(a)(6).
>
> Rob Marcereau
> **MARCEREAU & NAZIF**
> 26000 Towne Centre Drive, Ste. 230
> Foothill Ranch, CA 92610
> T (949) 531-6500 | F (949) 531-6500
>
> Confidentiality Notice: This e-mail (and any attachments hereto) may contain information that is privileged, confidential or otherwise protected from disclosure, and may be protected by the Electronic Communications Privacy Act, 18 USC §§2510-2521. Dissemination, distribution or copying of this e-mail or the information contained herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately and destroy the original message and all copies.
>
> **From:** Kent Easter
> **Date:** Monday, January 25, 2016 at 8:50 AM
> **To:** Robert Marcereau
> **Cc:** Jill Easter, "Nicole N. Lipowski", Sy Nazif
> **Subject:** Re: Bankruptcy Case: Order Shortening Time on Motion for Relief From Stay
>
> Rob:
>
> Thank you for getting back to us this morning. These basic terms are agreeable except that there was no intent to inflict any harm towards Mr Peters and their minor daughter although I recognize that they have been greatly impacted. Im not being tactical. We are extremely uncomfortable stipulating to something that isn't true.
>
> Kent
>
> On Jan 25, 2016, at 8:34 AM, Robert Marcereau <rmarcereau@mncalaw.com> wrote:
>
>> Plaintiffs will agree to your proposal provided the stip/order has the following basic terms, to be fleshed out in a full stip/order:

EXHIBIT "A"           PAGE 3

- Recitals stating the basis of Plaintiffs' civil lawsuit, i.e., that Defendants planted illegal drugs in Kelli Peters' car, including bags of Vicodin, Percocet and Marijuana, and a used Marijuana pipe, then made a false report to police, resulting in Kelli Peters' detention.
- Recitals stating that Defendant Jill Easter pleaded guilty to the above acts; Defendant Kent Easter was found guilty. (We will insert dates and case information)
- Defendants, jointly and severally, stipulate to liability for:
  - Intentional Infliction of Emotional Distress as to all Plaintiffs (Kelli Peters, Bill Peters, and their daughter Jane Doe)
  - False Imprisonment as to Kelli Peters
- Defendants waive any and all affirmative defenses.
- Defendants stipulate that they are solely responsible for the criminal and tortious acts against Plaintiffs described herein, and that no other persons assisted them or participated in these acts.
- Defendants stipulate that all of the evidence regarding their motive, planning, and execution of their crimes, as well as the police investigation, criminal trial and convictions/guilty plea is relevant and admissible for purposes of assisting the jury calculate damages.

Please let me know right away if you agree to the above. I would rather not waste the Court's time or my time with this Ex Parte.

Rob Marcereau
**MARCEREAU & NAZIF**
26000 Towne Centre Drive, Ste. 230
Foothill Ranch, CA 92610
T (949) 531-6500 | F (949) 531-6500

Confidentiality Notice: This e-mail (and any attachments hereto) may contain information that is privileged, confidential or otherwise protected from disclosure, and may be protected by the Electronic Communications Privacy Act, 18 USC §§2510-2521. Dissemination, distribution or copying of this e-mail or the information contained herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately and destroy the original message and all copies.

---

**From:** Kent Easter <kentweaster@gmail.com>
**Date:** Sunday, January 24, 2016 at 10:41 PM
**To:** Rob Marcereau <rmarcereau@mncalaw.com>, Jill Easter <easterjb@gmail.com>
**Cc:** Nicole Lipowski <nlipowski@mncalaw.com>, Sy Nazif <snazif@mncalaw.com>
**Subject:** Re: Bankruptcy Case: Order Shortening Time on Motion for Relief From Stay

Rob:

I realize because it is late on Sunday, you may not read this immediately. However, Jill and I have been discussing the case all weekend and I have reviewed your filing and the authority cited therein in detail. I am quite confident that the court will not find my filing was in bad faith as all of the the cases you cited (and others I have reviewed) make clear that there must be other problems with the filing other than proximity to a trial date. That is not the case here. The need for bankruptcy is all too real.

However, the need for all of us to conclude this case is also very real, and we would all benefit from resolving it quicker and more efficiently. To that end, Jill and I would propose that I stip to relief from the stay, and Jill and I stipulate to liability. In exchange, you move forward without her deposition this week, she calls and takes her Monday ex parte off calendar, and we have an issue conference on Tuesday or Wednesday to satisfy Rule 317 and to focus on presenting damages to the jury. We could do a conference call Tuesday morning instead of spending it in court.

EXHIBIT "A"            PAGE 4

Let us know your thoughts when you can. If it is early enough, Jill can cancel with the court.

--Kent

**From:** Robert Marcereau <rmarcereau@mncalaw.com>
**Date:** Friday, January 22, 2016 1:55 PM
**To:** Jill Easter <easterjb@gmail.com>, Kent Easter <kentweaster@gmail.com>
**Cc:** Nicole Lipowski <nlipowski@mncalaw.com>, Sy Nazif <snazif@mncalaw.com>
**Subject:** Bankruptcy Case: Order Shortening Time on Motion for Relief From Stay

The Court has GRANTED my application to hear the Motion for Relief from Stay on shortened time. Per the Court order, the hearing is on 1/26/16 at 11:30 a.m. A copy of the order is attached.

Given the merits, I have no doubt that the court will grant my motion for relief from stay. **Accordingly, I ask (yet again) that you agree to attend an issue conference (in person or telephonically) so that we may exchange pre-trial documents and complete everything necessary under Rule 317.**

Rob Marcereau
MARCEREAU & NAZIF
26000 Towne Centre Drive, Ste. 230
Foothill Ranch, CA 92610
T (949) 531-6500 | F (949) 531-6500

Confidentiality Notice: This e-mail (and any attachments hereto) may contain information that is privileged, confidential or otherwise protected from disclosure, and may be protected by the Electronic Communications Privacy Act, 18 USC §§2510

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KENT W. EASTER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Weneta M Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- **Robert H Marcereau**    , nlipowski@mncalaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**: On (*date*) October 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kent W Easter
153 Baywood Dr
Newport Beach, CA 92660

☐    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2016 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-- 3 --