Robert P. Goe – State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
Telephone: (949) 798-2460
rgoe@goeforlaw.com
cmiller@ goeforlaw.com

Attorneys for Defendant, Kent W. Easter

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>KENT W. EASTER,<br><br>　　　　　Debtor<br><br>———————————————<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>KENT W. EASTER,<br><br>　　　　　Defendant. | Case No.: 8:16-bk-10223-ES<br><br>Chapter 7 Proceeding<br><br>Adv. Case No. 8:16-ap-01114-ES<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**:<br>**Date**:　　November 10, 2016<br>**Time**:　　10:30 a.m.<br>**Ctrm**:　　5A |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Kent W. Easter hereby requests that the Court take judicial notice of the contents of the following documents, the originals of which are contained in the files of the Superior Court of the State of California for the County of Orange, Case Numbers 12ZF0153 and 30-2012-00588580-CU-POI-CJC and Court of Appeal for the Fourth District of California, Division Three, Case No. G054029, and true and correct copies of which are attached hereto:

| **Exhibit No.** | **Title of Document** |
| --- | --- |
| 1. | Defendant Kent W. Easter's Notice of Appeal, filed on August 12, 2016 |
| 2. | Docket (Register of Actions) for Case No. G054029, Court of Appeal for the Fourth District of California, Division Three, dated October 20, 2016 |
| 3. | Excerpts of Jury Instructions given in Case No. 12ZF0153 |
| 4. | Excerpts of Jury Instructions proposed by Defendant Kent W. Easter and refused in Case No. 12ZF0153 |

Dated:  October 20, 2016    Respectfully submitted,

**GOE & FORSYTHE, LLP**

/s/ Robert P. Goe
Robert P. Goe, Attorneys for Kent Easter

- 1 -

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1

# EXHIBIT 1

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Kent W. Easter, In Pro Per<br>153 Baywood Drive<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 981-9447    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* kentweaster@gmail.com<br>ATTORNEY FOR *(Name):* Self-Represented | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**08/12/2016** at 10:25:00 AM<br><br>Clerk of the Superior Court<br>By Mallory Poole, Deputy Clerk |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 W. Civic Center Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92791
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Kelli Peters, et al

DEFENDANT/RESPONDENT: Kent Easter

| [✓] **NOTICE OF APPEAL**    [ ] **CROSS-APPEAL**<br>**(UNLIMITED CIVIL CASE)** | CASE NUMBER:<br>30-2012-00588580-CU-PO-CJC |
|---|---|

**Notice: Please read** *Information on Appeal Procedures for Unlimited Civil Cases* **(Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

1. NOTICE IS HEREBY GIVEN that *(name):* Kent Easter
   appeals from the following judgment or order in this case, which was entered on *(date):* February 19, 2016
   - [✓] Judgment after jury trial
   - [ ] Judgment after court trial
   - [ ] Default judgment
   - [ ] Judgment after an order granting a summary judgment motion
   - [ ] Judgment of dismissal under Code of Civil Procedure sections 581d, 583.250, 583.360, or 583.430
   - [ ] Judgment of dismissal after an order sustaining a demurrer
   - [ ] An order after judgment under Code of Civil Procedure section 904.1(a)(2)
   - [✓] An order or judgment under Code of Civil Procedure section 904.1(a)(3)–(13)
   - [ ] Other *(describe and specify code section that authorizes this appeal):*

2. For cross-appeals only:
   a. Date notice of appeal was filed in original appeal:
   b. Date superior court clerk mailed notice of original appeal:
   c. Court of Appeal case number *(if known):*

Date: August 12, 2016

Kent Easter
(TYPE OR PRINT NAME)    ▶ *(signature)*    (SIGNATURE OF PARTY OR ATTORNEY)

Form Approved for Optional Use
Judicial Council of California
APP-002 [Rev. July 1, 2010]    NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)
(Appellate)    Page 1 of 2
Cal. Rules of Court, rule 8.100
www.courts.ca.gov

EXHIBIT "1"    PAGE 2

# EXHIBIT 2

# EXHIBIT 2

## Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▼

Court data last updated: 10/20/2016 07:11 AM

Docket (Register of Actions)
**Peters et al. v. Easter**
Case Number **G054029**

| Date | Description | Notes |
|---|---|---|
| 09/19/2016 | Notice of appeal lodged/received. | by aplt Kent W. Easter |
| 09/19/2016 | Default notice sent-appellant notified per rule 8.100(c). | |
| 09/19/2016 | Default notice sent; no case information statement filed, or statement incomplete. | |
| 09/27/2016 | Appellant 's notice designating record on appeal filed in trial court on: | 09/08/16 (8.122 CT & RT) |
| 09/28/2016 | Returned document for non-conformance. | CCIS-Notice of appeal shows appealing order/judgment from date of 02/19/16. Document submitted shows date of 02/29/16. Please explain the difference in dates. |
| 09/28/2016 | Certification of Interested Entities or Persons filed. | Proof of service attached to CCIS |
| 09/28/2016 | Civil case information statement filed. | |
| 09/28/2016 | To court. | Misc folder with CCIS |
| 09/30/2016 | Notice to reporter to prepare transcript. | J. Gillick |

Click here to request automatic email notifications about this case.

EXHIBIT "2"    PAGE 3

# EXHIBIT 3

# EXHIBIT 3



# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF ORANGE

PEOPLE OF THE STATE OF CALIFORNIA

    Plaintiff(s),

vs.                                         CASE NO. **12ZF0153**

**EASTER, KENT**

    Defendant(s).

### JURY INSTRUCTIONS:

    [ ] PRELIMINARY

    [ ] Given

    [ ] Refused/Withdrawn

    [X] ORIGINAL

## 252. Union of Act and Intent: General and Specific Intent Together

The following crime[s] ~~████~~ *Felony false imprisonment, the charged offense; and the lesser offense of misdemeanor false imprisonment* require[s] general criminal intent: ████ For you to find a person guilty of (/these) crime[s] ████, that person must not only commit the prohibited act ████, but must do so with wrongful intent. A person acts with wrongful intent when he or she intentionally does a prohibited act ████; however, it is not required that he or she intend to break the law. The act required is explained in the instruction for that crime ████

The following crime[s] *The lesser crimes of attempted felony false imprisonment and attempted misdemeanor false imprisonment* require[s] a specific intent or mental state: ████. For you to find a person guilty of ████ (/these) crimes ████ that person must not only intentionally commit the prohibited act ████ but must do so with a specific (intent/ [and/or] mental state). The act and the specific (intent/ [and/or] mental state) required are explained in the instruction for that crime ████

*given as modified*
*JG*
*9/9/14*

CALCRIM NO. 1240 FELONY FALSE IMPRISONMENT (Pen Code, §§ 236, 237)

| Requested by Plaintiff | ☐ | Requested by Defendant | ☐ | Requested by | ☐ |
| Given as Requested | ☐ | Given as Modified | ☐ | Given on Court's Motion | ☑ |
| Refused | ☐ | | | JG  9/9/14 | |
| Withdrawn | ☐ | | | Judge TBD | |

Print date: 1/2006

The defendant is charged in Count 1 with false imprisonment by violence, fraud or deceit in violation of Penal Code section 237(a).

To prove that the defendant is guilty of this crime, the People must prove that:

1. The defendant intentionally and unlawfully (restrained,/ or confined,/ or detained) someone [or caused that person to be (restrained[,]/ [or] confined[,]/ [or] detained)] by violence or menace *or fraud or deceit*;

AND

2. The defendant made the other person stay or go somewhere against that person's will.

*Violence* means using physical force that is greater than the force reasonably necessary to restrain someone.

An act is done *against a person's will* if that person does not consent to the act. In order to *consent*, a person must act freely and voluntarily and know the nature of the act.

False imprisonment does not require that the person restrained be confined in jail or prison.

A person uses fraud when he or she makes a material false statement, misrepresents material information, hides the truth about something material, or otherwise does something with the intent to deceive about a material matter.

PAGE 30935

A person uses deceit when he or she makes a false statement about a material fact that he or she knows to be untrue.

A misrepresentation is material if a reasonable person would attach importance to its existence or non-existence in determining his or her choice of action in the transaction in question.

2 of 2



EXHIBIT "3"

# EXHIBIT 4

# EXHIBIT 4



**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 10 2014

ALAN CARLSON, Clerk of the Court
BY: BRENDA RAAB, DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

PEOPLE OF THE STATE OF CALIFORNIA

    Plaintiff(s),

vs.                                        CASE NO. **12ZF0153**

**EASTER, KENT**

    Defendant(s).

### JURY INSTRUCTIONS:

    [ ] PRELIMINARY

    [ ] Given

    [X] Refused/Withdrawn

    [ ] ORIGINAL

## CALCRIM No. 1240. FELONY FALSE IMPRISONMENT (Revised)

| Requested by Plaintiff | ☐ | Requested by Defendant | ☑ | Requested by | ☐ |
| Given as Requested | ☐ | Given as Modified | ☐ | Given on Court's Motion | ☐ |
| Refused | ☑ | | | | |
| Withdrawn | ☐ | | | | |

OG  9/9/14

Judge TBD

Print date: 2/2012

The defendant is charged in Count _____ with false imprisonment by violence, menace, fraud or deceit in violation of Penal Code section 237(a).

To prove that the defendant is guilty of this crime, the People must prove that:

1. The defendant intentionally and unlawfully (restrained,/ or confined,/ or detained) someone or caused that person to be (restrained,/ or confined,/ or detained) by violence, menace, fraud or deceit;

AND

2. The defendant made the other person stay or go somewhere against that person's will.

*Violence* means using physical force that is greater than the force reasonably necessary to restrain someone.

*Menace* means a verbal or physical threat of harm, including use of a deadly weapon. The threat of harm may be express or implied.

*Fraud* or *deceit* means the knowing false statement of a material fact made with the intent to defraud.

An act is done *against a person's will* if that person does not consent to the act. In order to *consent*, a person must act freely and voluntarily and know the nature of the act.

An act is done intentionally and unlawfully if done with the specific intent to cause the police to unlawfully restrain, detain or confine a person.

False imprisonment does not require that the person restrained be confined in jail or prison.

An intent to defraud is an intent to deceive another person for the purpose of gaining some material advantage over that person or to alter that person's position to his or her injury or

risk, and to accomplish that purpose by some false statement, false representation of fact, wrongful concealment or suppression of truth, or by any other artifice or act designed to deceive.

    A misrepresentation is material if a reasonable man would attach importance to its existence or nonexistence in determining his choice of action in the transaction in question.

Main Document    Page 16 of 18

**CALCRIM No. 1240. FELONY FALSE IMPRISONMENT** (Pen. Code, §§ 236, 237)

The defendant is charged in Count _____ with false imprisonment by violence, menace, fraud or deceit in violation of Penal Code section 237(a).

To prove that the defendant is guilty of this crime, the People must prove that:

    1. The defendant intentionally and unlawfully (restrained,/ or confined,/ or detained) someone or caused that person to be (restrained,/ or confined,/ or detained) by violence, menace, fraud or deceit;

    AND

    2. The defendant made the other person stay or go somewhere against that person's will.

*Violence* means using physical force that is greater than the force reasonably necessary to restrain someone.

*Menace* means a verbal or physical threat of harm, including use of a deadly weapon. The threat of harm may be express or implied.

*Fraud* or *deceit* means the knowing false statement of a material fact made with the intent to defraud.[1]

An act is done *against a person's will* if that person does not consent to the act. In order to *consent*, a person must act freely and voluntarily and know the nature of the act.

An act is done intentionally and unlawfully if done with the specific intent to cause the police to unlawfully restrain, detain or confine a person.[2]

---

[1] CALJIC 9.60 "Use Notes" cite to California Civil Code Sections 1572 and 1710 for definitions of "fraud." "Fraud" under those statutes requires a material false statement made with intent to defraud. See *City of Atascadero v. Merril Lynch*, 68 Cal. App. 4th 445, 481 (1999) ("The well-established common law elements of fraud which give rise to the tort action for deceit are: (1) misrepresentation of a material fact (consisting of false representation, concealment or nondisclosure); (2) knowledge of falsity (scienter); (3) intent to deceive and induce reliance; (4) justifiable reliance on the misrepresentation; and (5) resulting damage.") (citing, inter alia Civ.Code, §§ 1572, 1709–1710). See also CALJIC 14.10 (theft by false pretenses requires both knowing, material false statement and intent to defraud).

[2] *People v. Agnew*, 16 Cal. 2d 655, 660 (1940) ("If an **act is done with the intention of causing the confinement of the person actually confined or of another** and such act is a substantial factor in bringing about a confinement, it is immaterial whether the act directly or indirectly causes the confinement."); *People v. Olivencia*, 204 Cal.App.3d 1391, 1399 (Ct. App. 1988) ("Given *Agnew's* factual context, this statement means at most that **an intent to confine is required where the defendant indirectly causes the confinement.**") (emphasis added)

901

902

False imprisonment does not require that the person restrained be confined in jail or prison.

An intent to defraud is an intent to deceive another person for the purpose of gaining some material advantage over that person or to alter that person's position to his or her injury or risk, and to accomplish that purpose by some false statement, false representation of fact, wrongful concealment or suppression of truth, or by any other artifice or act designed to deceive.[3]

A misrepresentation is material if a reasonable man would attach importance to its existence or nonexistence in determining his choice of action in the transaction in question.[4]

---

[3] CALJIC 15.26, Intent to Defraud (revised to omit "or to induce that person to part with property").
[4] Language of jury instruction taken directly from *In re Tobocco II Cases,* 46 Cal.4th 298, 327 (2009). *See also Costello v. Roer,* 77 Cal.App.2d 174, 178 (1946) ("A misrepresentation is material if it would be likely to affect the conduct of a reasonable man with reference to the transaction in question.") (quoting Restatement of the Law, Restitution, section 8(2)).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Weneta M Kosmala (TR)**   ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- **Robert H Marcereau**   , nlipowski@mncalaw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) October 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kent W Easter
153 Baywood Dr
Newport Beach, CA 92660

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2016 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-- 2 --