Robert P. Goe – State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone: (949) 798-2460
Facsimile: (949) 955-9437
rgoe@goeforlaw.com
cmiller@goeforlaw.com

Attorneys for Defendant, Kent W. Easter

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>KENT W. EASTER,<br><br>           Debtor<br><br>―――――――――――――――<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br><br>           Plaintiffs,<br><br>     v.<br><br>KENT W. EASTER,<br><br>           Defendant. | Case No.: 8:16-bk-10223-ES<br><br>Chapter 7 Proceeding<br><br>Adv. Case No. 8:16-ap-01114-ES<br><br>**DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT MARCEREAU IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>**Hearing**:<br>**Date**:     November 10, 2016<br>**Time**:    10:30 a.m.<br>**Ctrm**:    5A |

Defendant Kent Easter, an individual ("Easter", "Debtor" and/or "Defendant") hereby submits this Objection ("Objection") to the Declaration of Robert Marcereau submitted in support of Plaintiffs' Motion for Summary Judgment ("Motion").

| **EVIDENCE OBJECTED TO** | **GROUNDS FOR OBJECTION** |
|---|---|
| Page, 1, ¶4: "Plaintiffs proved in the State Court Action that Kent Easter and his wife attempted to frame Kelli Peters for possession of illegal drugs, which resulted in her false imprisonment.  Plaintiffs also provided that Kent Easter and his wife intentionally inflicted emotional distress upon them.  Indeed, Kent Easter admitted to these facts in my presence." | Best Evidence Rule – FRE 1002 (the Parties' stipulation and the trial transcript speak for themselves). |
| Page 2, ¶7: "Prior to the verdict in the State Court Action, Kent Easter was found guilty of felony false imprisonment (Penal Code 236/237a) in Orange County Superior Court, Case No. 12ZF0153 on September 10, 2014.  The underlying facts of the criminal action were the same as the State Court Action, i.e., that Kent Easter and his wife planted illegal drugs in Kelli Peters' car and made a false report to police about | Best Evidence Rule – FRE 1002<br>Lack of Foundation – FRE 602<br>Personal Knowledge – FRE 602 |

- 1 -

DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT MARCEREAU IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | it, which resulted in Kelli Peters' detention and investigation by police. Kent Easter actively participated in his criminal court case. He retained a criminal defense lawyer to represent him and attended every day of the trial. Mr. Easter admitted these facts in my presence." | |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | Page 2, ¶ 8: "The underlying facts of the case are as follows: On or about February 16, 2011, Kent Easter and his wife Jill Easter, planted illegal drugs and drug paraphernalia in Kelli Peters' car, including bags of Vicodin, Percocet and Marijuana, and a used Marijuana pipe. Kent Easter then made a false report to Irvine Police stating that he witnessed Kelli Peters driving erratically and hiding drugs in her car. Kent Easter and his wife admitted these facts in a signed stipulation, and also admitted these facts in my presence during testimony at trial. A true and correct copy of the stipulation signed by Kent Easter and Jill Easter is attached hereto as **Exhibit 3.**" | Best Evidence Rule – FRE 1002 (the Parties' stipulation and the trial transcript speak for themselves). |
| 27 | Page 2, ¶9: On June 16, 2012, the Irvine | Lack of Foundation – FRE 602 |

28

-- 2 --

DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT MARCEREAU IN
SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Police arrested Kent Easter and Jill Easter for allegedly planting illegal drugs and drug paraphernalia in Kelli Peters' car and making a false report to police.  Mr. Easter admitted these facts in my presence." | Personal Knowledge – FRE 602 |
| PAGES 19-40, (Entire) EXHIBIT 4: | Inadmissible Hearsay – FRE 801<br><br>FRE 403 – Undue Prejudice for offering incomplete records. |
| PAGES 41-64, (Entire) EXHIBIT 5: | Inadmissible Hearsay – FRE 801<br><br>FRE 403 – Undue Prejudice for offering incomplete records. |
| PAGES 65-69, (Entire) EXHIBIT 6: | Inadmissible Hearsay – FRE 801<br><br>FRE 403 – Undue Prejudice for offering incomplete records. |

Dated:  October 20, 2016                             Respectfully submitted,

**GOE & FORSYTHE, LLP**

/s/ Robert P. Goe
Robert P. Goe, Attorneys for Kent W. Easter

-- 3 --

DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT MARCEREAU IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT'S EVIDENTIARY OBJECTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Weneta M Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- **Robert H Marcereau**    , nlipowski@mncalaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) October 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kent W Easter
153 Baywood Dr
Newport Beach, CA 92660

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2016 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-- 4 --

DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT MARCEREAU IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT