MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br><br>Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiffs,<br><br>vs.<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br>Defendants. | Case No. 8:16-bk-10223-ES<br>Adversary Case No.: 8:16-ap-01114-ES<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S ADDITIONAL MATERIAL FACTS IN DISPUTE**<br><br>Date:  November 10, 2016<br>Time:  10:30 a.m.<br>Department: 5A |
|---|---|

//
//
//
//
//
//

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND OTHER PARTIES-IN-INTEREST:**

Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters. ("Plaintiff") submits the following Response to Defendant's Additional Material Facts in Dispute in support of their "Motion for Summary Judgment" in the above-captioned adversary proceeding:

| Defendant's Alleged Undisputed Facts | Defendant's Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 1 Defendant Kent Easter did not intend to cause injury to Bill Peters. | 1. Declaration of Kent Easter ¶ 4 | 1. Objection, relevance. Subject to this objection, Disputed. See the Parties' stipulation attached as Exhibit 3 to Marcereau Declaration in Support of MSJ ("Marcereau Decl.") at ¶¶1-4, ¶8.<br><br>Easter's actions were willful. See Exhibit 5, Trial Testimony of Kent Easter [p.191:11-16] and Ex. 6, Trial Testimony of Kent Easter [p.284:14-18.]<br><br>To prove non-dischargeability, a creditor need only show that harm is "reasonably foreseeable" [*Britton v. Price* (9th Cir. 1991) 950 F.2d 602, 605], which has already been established via Easter's signed stipulation and the judgment against him for "Intentional Infliction of Emotional Distress.") |

1

PLAINTIFFS' RESPONSE TO DEFENDANT'S ADDITIONAL MATERIAL FACTS IN DISPUTE

| | | |
|---|---|---|
| 2. Defendant Kent Easter did not intend to cause injury to Sydnie Peters. | 2. Declaration of Kent Easter ¶ 4 | 2. Objection, relevance. Subject to this objection, Disputed. See Id.<br><br>To prove non-dischargeability, a creditor need only show that harm is "reasonably foreseeable" [*Britton v. Price* (9th Cir. 1991) 950 F.2d 602, 605], which has already been established via Easter's signed stipulation and the judgment against him for "Intentional Infliction of Emotional Distress.") |
| 3. On August 12, 2016, the judgment in the State Court Action was appealed. | 3. Defendant's Request for Judicial Notice, Ex. 1 | 3. Undisputed but irrelevant. *See Cobe v. Smith (In re Cobe)*, 229 B.R. 15, 17-18 (B.A.P. 9th Cir. 1998) (an appeal of a California state court judgment "does not provide a basis for refusing to apply collateral estoppel.") |
| 4. The punitive damage award in the judgment was based on "malice, oppression or fraud" in the disjunctive. | 4. Plaintiffs' Request for Judicial Notice, Ex. 2 | 4. Undisputed but irrelevant. |
| 5. The Plaintiffs' judgment is currently on appeal in the Fourth District Court of Appeal, Division Three. | 5. Defendant's Request for Judicial Notice, Ex. 2 | 5. Undisputed but irrelevant. *See Cobe v. Smith (In re Cobe)*, 229 B.R. 15, 17-18 (B.A.P. 9th Cir. 1998) (an appeal of a California state court judgment "does not provide a basis for refusing to apply collateral estoppel.") |

| | | |
|---|---|---|
| 6. Defendant's criminal conviction for false imprisonment did not determine that Defendant specifically intended to cause injury to Kelli Peters because the jury was instructed that felony false imprisonment was a general intent crime and did not need a finding of specific intent. | 6. Undisputed. | 6. Irrelevant. Kent Easter has admitted to liability for Intentional Infliction of Emotional Distress. See the Parties' stipulation attached as Exhibit 3 to Marcereau Decl., ¶1-4. Easter also admitted that he intended to harm Kelli Peters. See Exhibit 5, Trial Testimony of Kent Easter [p.191:11-16] and Ex. 6, Trial Testimony of Kent Easter [p.284:14-18.] |

Dated: October 27, 2016

**MARCEREAU & NAZIF**

/s/ Robert H. Marcereau
Robert H. Marcereau
Attorneys for Plaintiffs

3

PLAINTIFF'S RESPONSE TO DEFENDANT'S ADDITIONAL MATERIAL FACTS IN DISPUTE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S RESPONSE TO DEFENDANT'S ADDITIONAL MATERIAL FACTS IN DISPUTE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/27/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: ustpregion16.sa.ecf@usdoj.gov
Trustee, Weneta M Kosmala: ecf.alert+Kosmala@titlexi.com
Attorney for Debtor/Defendant: kmurphy@goeforlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/27/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor/Defendant:
Kent W Easter
153 Baywood Dr.
Newport Beach, CA 92660

Attorney for Debtor/Defendant:
Robert P Goe
Goe & Forsythe, LLP
18101 Von Karman, Ste 1200
Irvine, CA 92612

Trustee:
Weneta M Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/27/16** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge: Hon. Erithe A. Smith, U.S. Bankruptcy Court Central District, 411 W. Fourth St., Suite 5040 / Ctrm 5A, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2016 | Nicole Lipowski | /s/ Nicole Lipowski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE