MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No. 8:16-bk-10223-ES |
| Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter | Adversary Case No.: 8:16-ap-01114-ES |
| | **NOTICE OF CONTINUANCE OF STATUS CONFERENCE** |
| Kelli Peters, Bill Peters and Sydnie Peters, Plaintiffs, vs. Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter, Defendants. | Date: March 9, 2017<br>Time: 9:30 a.m.<br>Dept.: 5A<br>Location: 411 Fourth Street<br>Santa Ana, CA 92701 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Status Conference in the above-captioned case has been continued to March 9, 2017 at 9:30 a.m. in Department 5A. The Parties are to file an updated status report with the Court by March 2, 2017.

Dated: November 16, 2016                **MARCEREAU & NAZIF**

/s/ Robert H. Marcereau
Robert H. Marcereau
Attorneys for Plaintiffs

1
NOTICE OF CONTINUANCE OF STATUS CONFERENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/16/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert P. Goe: kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
Trustee, Weneta M. Kosmala: ecf.alert+Kosmala@titlexi.com; wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/16/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Debtor/Defendant: | Attorney for Debtor/Defendant: | Trustee: |
|---|---|---|
| Kent W. Easter | Robert P. Goe | Weneta M Kosmala |
| 153 Baywood Dr. | Goe & Forsythe, LLP | 3 MacArthur Place, Suite 760 |
| Newport Beach, CA 92660 | 18101 Von Karman, Ste 1200 | Santa Ana, CA 92707 |
|  | Irvine, CA 92612 |  |

Judge: Hon. Erithe A. Smith, U.S.
Bankruptcy Court Central District, 411
W. Fourth St., Suite 5040 / Ctrm 5A,
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/16/16** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/16/2016 | Nicole Lipowski | /s/ Nicole Lipowski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE