| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARCEREAU & NAZIF<br>Robert H. Marcereau (SBN 211534)<br>Sy Nazif (SBN 228949)<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, CA 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Kelli Peters, Bill Peters and Sydnie Peters | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s). | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:16-ap-01114-ES |
|---|---|
| Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiff(s),<br>vs.<br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>RE: *(title of motion[1])*: _____<br><u>PLAINTIFF'S MOTION FOR</u><br><u>SUMMARY JUDGMENT</u> |

PLEASE TAKE NOTE that the order or judgment titled _____
<u>[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>
was lodged on *(date)* __11/17/2016__ and is attached. This order relates to the motion which is docket number __20__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          Page 1          **F 9021-1.2.ADV.NOTICE.LODGMENT**

# Exhibit A

MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiffs,<br><br>vs.<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br>Defendants. | Case No. 8:16-bk-10223-ES<br>Adversary Case No.: 8:16-ap-01114-ES<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    November 10, 2016<br>Time:    10:30 a.m.<br>Department: 5A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On November 10, 2016, the "Motion for Summary Judgment" (the "Motion") filed by Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters ("Plaintiffs") came on for regularly scheduled hearing before the Court. Robert H. Marcereau, of Marcereau & Nazif, and Roger Friedman of Rutan & Tucker appeared as counsel for Plaintiffs; Charity Miller, of

Goe & Forsythe, LLP, appeared as counsel for Kent W. Easter (the "Debtor" or "Defendant").

The Court, having read and considered the Motion, Defendant's opposition, and the reply papers filed by the Parties, and having considered the evidence submitted by the parties and the arguments of counsel, **HEREBY ORDERS** that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The Court DENIES Plaintiffs' Motion for Summary Judgment <u>without prejudice</u> as to Plaintiffs Bill Peters and Sydnie Peters;

2. The Court GRANTS partial Summary Adjudication in favor of Plaintiff Kelli Peters as to nondischargability under §523(a)(6). This order is based on, among other things, Paragraph 1 of the stipulation signed by Kent W. Easter in which he admits conduct sufficient to satisfy each element of nondischargeability under 523(a)(6);

3. Given the pending appeal of the Superior Court judgment, at this time the Court does not rule on the amount of damages (compensatory or punitive) that are nondischargeable;

4. The adversary proceeding shall proceed as to all remaining issues, subject to Plaintiff bringing a further Motion for Summary Judgment.

Dated:

Erithe A. Smith
Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/17/16**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert P. Goe: kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
Trustee, Weneta M. Kosmala: ecf.alert+Kosmala@titlexi.com; wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/17/16**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Debtor/Defendant: | Attorney for Debtor/Defendant: | Trustee: |
|---|---|---|
| Kent W. Easter | Robert P. Goe | Weneta M Kosmala |
| 153 Baywood Dr. | Goe & Forsythe, LLP | 3 MacArthur Place, Suite 760 |
| Newport Beach, CA 92660 | 18101 Von Karman, Ste 1200 | Santa Ana, CA 92707 |
| | Irvine, CA 92612 | |

Judge: Hon. Erithe A. Smith, U.S.
Bankruptcy Court Central District, 411
W. Fourth St., Suite 5040 / Ctrm 5A,
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/17/16** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/2016 | Nicole Lipowski | /s/ Nicole Lipowski |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE