MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

FILED & ENTERED

NOV 28 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>---<br><br>Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiffs,<br><br>vs.<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br>Defendants. | Case No. 8:16-bk-10223-ES<br>Adversary Case No.: 8:16-ap-01114-ES<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          November 10, 2016<br>Time:         10:30 a.m.<br>Department: 5A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On November 10, 2016, the "Motion for Summary Judgment" (the "Motion") filed by Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters ("Plaintiffs") came on for regularly scheduled hearing before the Court. Robert H. Marcereau, of Marcereau & Nazif, and Roger Friedman of Rutan & Tucker appeared as counsel for Plaintiffs; Charity Miller, of

ORDER

Goe & Forsythe, LLP, appeared as counsel for Kent W. Easter (the "Debtor" or "Defendant").

The Court, having read and considered the Motion, Defendant's opposition, and the reply papers filed by the Parties, and having considered the evidence submitted by the parties and the arguments of counsel, **HEREBY ORDERS** that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The Court DENIES Plaintiffs' Motion for Summary Judgment <u>without prejudice</u> as to Plaintiffs Bill Peters and Sydnie Peters;

2. The Court GRANTS partial Summary Adjudication in favor of Plaintiff Kelli Peters as to nondischargability under §523(a)(6). This order is based on, among other things, Paragraph 1 of the stipulation signed by Kent W. Easter in which he admits conduct sufficient to satisfy each element of nondischargeability under 523(a)(6);

3. Given the pending appeal of the Superior Court judgment, at this time the Court does not rule on the amount of damages (compensatory or punitive) that are nondischargeable;

4. The adversary proceeding shall proceed as to all remaining issues, **without prejudice** to Plaintiff bringing a further Motion for Summary Judgment.

###

Date: November 28, 2016

Erithe Smith
United States Bankruptcy Judge

ORDER