United States Bankruptcy Court
Central District of California

Peters,
    Plaintiff

Adv. Proc. No. 16-01114-ES

Easter,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8        User: admin        Page 1 of 1        Date Rcvd: Nov 28, 2016
                          Form ID: pdf031    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.
dft        +Kent W Easter,   153 Baywood Dr,   Newport Beach, CA 92660-7130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla         Bill Peters
pla         Kelli Peters
pla         Sydnie Peters
                                                                                                               TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:
             Robert H Marcereau    on behalf of Plaintiff Kelli  Peters , nlipowski@mncalaw.com
             Robert H Marcereau    on behalf of Plaintiff Sydnie  Peters , nlipowski@mncalaw.com
             Robert H Marcereau    on behalf of Plaintiff Bill  Peters , nlipowski@mncalaw.com
             Robert P Goe    on behalf of Defendant Kent W Easter kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
             United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
             Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                                      TOTAL: 6

MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

**FILED & ENTERED**

**NOV 28 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>---<br><br>Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiffs,<br><br>vs.<br><br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br><br>Defendants. | Case No. 8:16-bk-10223-ES<br>Adversary Case No.: 8:16-ap-01114-ES<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          November 10, 2016<br>Time:         10:30 a.m.<br>Department: 5A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On November 10, 2016, the "Motion for Summary Judgment" (the "Motion") filed by Plaintiffs Kelli Peters, Bill Peters and Sydnie Peters ("Plaintiffs") came on for regularly scheduled hearing before the Court. Robert H. Marcereau, of Marcereau & Nazif, and Roger Friedman of Rutan & Tucker appeared as counsel for Plaintiffs; Charity Miller, of

1 | Goe & Forsythe, LLP, appeared as counsel for Kent W. Easter (the "Debtor" or
2 | "Defendant").
3 |     The Court, having read and considered the Motion, Defendant's opposition, and the
4 | reply papers filed by the Parties, and having considered the evidence submitted by the
5 | parties and the arguments of counsel, **HEREBY ORDERS** that the Motion is GRANTED
6 | IN PART and DENIED IN PART as follows:
7 |     1.    The Court DENIES Plaintiffs' Motion for Summary Judgment <u>without
8 | prejudice</u> as to Plaintiffs Bill Peters and Sydnie Peters;
9 |     2.    The Court GRANTS partial Summary Adjudication in favor of Plaintiff Kelli
10 | Peters as to nondischargability under §523(a)(6).  This order is based on, among other
11 | things, Paragraph 1 of the stipulation signed by Kent W. Easter in which he admits conduct
12 | sufficient to satisfy each element of nondischargeability under 523(a)(6);
13 |     3.    Given the pending appeal of the Superior Court judgment, at this time the
14 | Court does not rule on the amount of damages (compensatory or punitive) that are
15 | nondischargeable;
16 |     4.    The adversary proceeding shall proceed as to all remaining issues, **without
17 | prejudice** to Plaintiff bringing a further Motion for Summary Judgment.

###

Date: November 28, 2016

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge