Robert P. Goe - State Bar No. 137019
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437
rgoe@goeforlaw.com

Attorneys for Defendant

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KENT W. EASTER,<br><br>       Debtor.<br>_____<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br><br>       Plaintiff,<br><br>v.<br><br>KENT W. EASTER,<br><br>       Defendant. | Case No.:  8:16-bk-10223-ES<br><br>Chapter 7<br><br>Adv. No.: 8:16-ap-01114-ES<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO CONTINUE PRETRIAL CONFERENCE AND DEADLINES**<br><br>**Pretrial Conference**:<br>**Date**:    August 17, 2017<br>**Time**:    9:30 a.m.<br>**Ctrm**:   5A<br><br>**Proposed Continued Pretrial Conference:**<br>Date:<br>Time:    9:30 a.m.<br>Ctrm.:   5A |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY**

**JUDGE, AND ALL PARTIES IN INTEREST:**

       This stipulation is entered into by and among Plaintiff KELLI C. PETERS, BILL

PETERS, and SYDNIE PETERS ("Plaintiffs") and defendant KENT W. EASTER ("Defendant")

by and through their respective counsel.  The Plaintiff and Defendant  are collectively referred to

as the "Parties".

/ / /

## RECITALS

A.   On April 26, 2016, Plaintiffs commenced the above captioned adversary proceeding by filing a complaint ("Complaint") against Defendant.

B.   The Pretrial Conference in this matter is currently set for August 17, 2017 at 9:30 a.m.

C.   The Parties have reached a settlement and hereby agree to continue the Pretrial Conference for a period of ninety (90) days to allow for the dismissal of the adversary proceeding.

## STIPULATION

**NOW, THEREFORE**, in consideration of the above recitals, the Parties agree and stipulate that:

1.   The Pretrial Conference is continued from August 17, 2017 at 9:30 a.m. November 16, 2017 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated:  August 14, 2017

**GOE & FORSYTHE, LLP**

By: /s/Robert P. Goe
Robert P. Goe, Attorneys for Kent W. Easter, Defendant

Dated: August /_/_, 2017

**MARCEREAU & NAZIF**

**RUTAN & TUCKER, LLP**

By: _____
Robert Marcereau
Attorneys for Kelli Peters, Bill Peters and Syndie Peters

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO CONTINUE PRETRIAL CONFERENCE AND DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 14, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Robert H Marcereau    , nlipowski@mncalaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) August 14, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 14, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |