Robert P. Goe - State Bar No. 137019
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone: (949) 798-2460
Facsimile: (949) 955-9437
rgoe@goeforlaw.com

Attorneys for Defendant

FILED & ENTERED

AUG 14 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KENT W. EASTER,<br>          Debtor.<br>_____<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br>          Plaintiff,<br>v.<br>KENT W. EASTER,<br>          Defendant. | Case No.: 8:16-bk-10223-ES<br><br>Chapter 7<br><br>Adv. No.: 8:16-ap-01114-ES<br><br>**ORDER APPROVING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO CONTINUE PRETRIAL CONFERENCE AND DEADLINES**<br><br>**Pretrial Conference**:<br>**Date**:    August 17, 2017<br>**Time**:    9:30 a.m.<br>**Ctrm**:    5A<br><br>**Proposed Continued Pretrial Conference:**<br>Date:    November 16, 2017<br>Time:    9:30 a.m.<br>Ctrm.:    5A |

     Upon consideration of the Stipulation entered into by and among Plaintiff KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS and defendant KENT W. EASTER by and through their respective counsel, to continue the Pretrial Conference ("Stiplation") filed August 14, 2017 as Docket No. 45, and good cause appearing:

     **IT IS ORDERED**:

1

1. The Stipulation is approved;
2. The Pretrial Conference is continued from August 17, 2017 to November 16, 2017 at 9:30 a.m.
3. **A Joint Pretrial Stipulation shall be filed by November 2, 2017.**

###

Date: August 14, 2017

Erithe Smith
United States Bankruptcy Judge