United States Bankruptcy Court
Central District of California

Peters,
    Plaintiff

Adv. Proc. No. 16-01114-ES

Easter,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1      Date Rcvd: Aug 14, 2017
                       Form ID: pdf031      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
dft            +Kent W Easter,    153 Baywood Dr,    Newport Beach, CA 92660-7130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla            Bill Peters
pla            Kelli Peters
pla            Sydnie Peters
                                                                      TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
       Robert H Marcereau    on behalf of Plaintiff Kelli   Peters , nlipowski@mncalaw.com
       Robert H Marcereau    on behalf of Plaintiff Sydnie   Peters , nlipowski@mncalaw.com
       Robert H Marcereau    on behalf of Plaintiff Bill   Peters , nlipowski@mncalaw.com
       Robert P Goe    on behalf of Defendant Kent W Easter kmurphy@goeforlaw.com,
        rgoe@goeforlaw.com;goeforecf@gmail.com
       United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
       Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
        wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                                   TOTAL: 6

Robert P. Goe - State Bar No. 137019
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437
rgoe@goeforlaw.com

Attorneys for Defendant

**FILED & ENTERED**

**AUG 14 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reid          **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KENT W. EASTER,<br><br>    Debtor.<br>_____<br><br>KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS,<br><br>    Plaintiff,<br><br>v.<br><br>KENT W. EASTER,<br><br>    Defendant. | Case No.:  8:16-bk-10223-ES<br><br>Chapter 7<br><br>Adv. No.: 8:16-ap-01114-ES<br><br>**ORDER APPROVING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO CONTINUE PRETRIAL CONFERENCE AND DEADLINES**<br><br>**Pretrial Conference**:<br>**Date**:    August 17, 2017<br>**Time**:   9:30 a.m.<br>**Ctrm**:   5A<br><br>**Proposed Continued Pretrial Conference:**<br>Date:     November 16, 2017<br>Time:     9:30 a.m.<br>Ctrm.:    5A |

Upon consideration of the Stipulation entered into by and among Plaintiff KELLI C. PETERS, BILL PETERS, and SYDNIE PETERS and defendant KENT W. EASTER by and through their respective counsel, to continue the Pretrial Conference ("Stiplation") filed August 14, 2017 as Docket No. 45, and good cause appearing:

**IT IS ORDERED**:

1

1. The Stipulation is approved;
2. The Pretrial Conference is continued from August 17, 2017 to November 16, 2017 at 9:30 a.m.
3. **A Joint Pretrial Stipulation shall be filed by November 2, 2017.**

###

Date: August 14, 2017

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

2