MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA  92610
Tel:  (949) 531-6500
Fax:  (949) 531-6501

Attorneys for Creditors and Plaintiffs
Kelli Peters, Bill Peters and Sydnie Peters

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>KENT W. EASTER<br><br>    Debtor. | Case No. 8:16-bk-10223-ES<br><br>Chapter 7 |
| KELLI PETERS, BILL PETERS and SYDNIE PETERS,<br><br>    Plaintiffs,<br><br>v.<br><br>KENT W. EASTER, dba KENT EASTER CONSULTING, dba LAW OFFICES OF KENT W. EASTER,<br><br>    Defendant. | Adv. No. 8:16-ap-01114-ES<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

This stipulation is entered into by and among plaintiffs Kelli Peters, Bill Peters, and Sydnie Peters ("Plaintiffs") and defendant Kent W. Easter ("Defendant") by and through their respective counsel.  The Plaintiffs and Defendant are collectively referred to as the "Parties."

/ / /

1        **RECITALS**

2        A.      On April 26, 2016, Plaintiffs commenced the above captioned adversary

3    proceeding by filing a complaint ("Complaint") against Defendant.

4        B.      On May 26, 2016, Defendant filed an answer to the Complaint.

5        C.      The Parties have reached a settlement and hereby agree to dismiss Plaintiffs'

6    Complaint in the above-captioned matter.

7        **STIPULATION**

8        IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, on

9    the one hand, and Defendant, on the other hand, by and through their respective counsel of

10   record, that pursuant to the Parties' Settlement Agreement and Mutual Release dated

11   August 8, 2017, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) made applicable to

12   this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiffs

13   voluntarily and hereby do dismiss the Complaint without prejudice.  Each party shall bear

14   its own fees and costs with respect to this adversary proceeding.

15

16   DATED: August 21, 2017          MARCEREAU & NAZIF

17

18                                  By _____
                                        Robert H. Marcereau
19                                      Attorneys for Creditors and Plaintiffs
20                                      Kelli Peters, Bill Peters and Sydnie Peters

21
     DATED: August 18, 2017         GOE & FORSYTHE, LLP
22

23                                  By _____
24                                      Robert P. Goe
                                        Charity J. Miller
25                                      Attorneys for Defendant Kent W. Easter,
                                        dba Kent Easter Consulting, dba Law Offices
26                                      of Kent W. Easter

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26000 Towne Centre Drive, Suite 230, Foothill Ranch, California 92610

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT TO DETERMINE NON DISCHARGEABILITY OF DEBT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/22/17**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert P. Goe: kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
Trustee, Weneta M. Kosmala: ecf.alert+Kosmala@titlexi.com; wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/22/17**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attorney for Debtor/Defendant:
Robert P. Goe
Goe & Forsythe, LLP
18101 Von Karman, Ste 1200
Irvine, CA 92612

Trustee:
Weneta M Kosmala
3 MacArthur Place, Suite 760
Santa Ana, CA 92707

Judge: Hon. Erithe A. Smith
U.S. Bankruptcy Court Central District
411 W. Fourth St., Suite 5040 / Ctrm 5A
Santa Ana, CA 92701-4593

Defendant in Non-Bankruptcy Case:
Jill B. Easter
P.O. Box 12402
Costa Mesa, CA 92627

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/22/17** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/22/17 | Sarah Crouse | /s/ Sarah Crouse |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.