| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MARCEREAU & NAZIF<br>Robert H. Marcereau (SBN 211534)<br>Sy Nazif (SBN 228949)<br>26000 Towne Centre Drive, Suite 230<br>Foothill Ranch, CA 92610<br>Tel: (949) 531-6500<br>Fax: (949) 531-6501<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Kelli Peters, Bill Peters and Sydnie Peters | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter<br><br>Debtor(s). | CASE NO.: 8:16-bk-10223-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:16-ap-01114-ES |
|---|---|
| Kelli Peters, Bill Peters and Sydnie Peters,<br><br>Plaintiff(s),<br>vs.<br>Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion¹*): _____<br><br>[PROPOSED] ORDER RE:<br>STIPULATION TO DISMISS |

PLEASE TAKE NOTE that the order or judgment titled _____
[PROPOSED] ORDER RE: STIPULATION TO DISMISS _____
was lodged on (*date*) __11/15/17__ and is attached. This order relates to the motion which is docket number __49__.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                     F 9021-1.2.ADV.NOTICE.LODGMENT

```
1   MARCEREAU & NAZIF
    Robert H. Marcereau (SBN 211534)
2   Sy Nazif (SBN 228949)
    26000 Towne Centre Drive, Suite 230
3   Foothill Ranch, CA 92610
    Tel: (949) 531-6500
4   Fax: (949) 531-6501
5   ATTORNEYS FOR CREDITORS and PLAINTIFFS
    Kelli Peters, Bill Peters and Sydnie Peters
6
7
8                  UNITED STATED BANKRUPTCY COURT
9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
10
11  In re:                              Case No. 8:16-bk-10223-ES
                                        Adversary Case No.: 8:16-ap-01114-ES
12  Kent W. Easter, dba Kent Easter
13  Consulting, dba Law Offices of Kent W.
    Easter                              [PROPOSED] ORDER RE:
                                        STIPULATION TO DISMISS
14
15  ─────────────────────────────
16  Kelli Peters, Bill Peters and Sydnie Peters,
17         Plaintiffs,
18             vs.
19  Kent W. Easter, dba Kent Easter
    Consulting, dba Law Offices of Kent W.
20  Easter,
21         Defendants.
22
23  / /
24
25  / /
26
    / /
27
28  / /
```

1

[PROPOSED] ORDER RE: STIPULATION TO DISMISS

## [PROPOSED] ORDER

1. Pursuant to the parties' stipulation lodged with this court on August 22, 2017, the parties have reached a settlement.

2. Pursuant to the Parties' Settlement Agreement and Mutual Release dated August 8, 2017, and Federal Rule of Civil Procedure 41(a)(l)(A)(ii) made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff's Complaint is dismissed without prejudice.

2. Each party shall bear its own fees and costs.

By the Court,

_____
Erithe A. Smith
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/15/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert P. Goe: kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
Trustee, Weneta M. Kosmala: ecf.alert+Kosmala@titlexi.com; wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 11/15/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor/Defendant: | Attorney for Debtor/Defendant: | Trustee: |
|---|---|---|
| Kent W. Easter | Robert P. Goe | Weneta M Kosmala |
| 153 Baywood Dr. | Goe & Forsythe, LLP | 3 MacArthur Place, Suite 760 |
| Newport Beach, CA 92660 | 18101 Von Karman, Ste 1200 | Santa Ana, CA 92707 |
|  | Irvine, CA 92612 |  |

Judge: Hon. Erithe A. Smith
U.S. Bankruptcy Court Central District
411 W. Fourth St., Suite 5040 / Ctrm 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/17 | Sarah Crouse |  | /s/ Sarah Crouse |
|---|---|---|---|
| Date | Printed Name |  | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT