MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

**FILED & ENTERED**

**NOV 17 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter

---

Kelli Peters, Bill Peters and Sydnie Peters,

Plaintiffs,

vs.

Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter,

Defendants.

Case No. 8:16-bk-10223-ES
Adversary Case No.: 8:16-ap-01114-ES

**ORDER RE: STIPULATION TO DISMISS**

/ /

/ /

/ /

/ /

1

**ORDER**

1. Pursuant to the parties' stipulation lodged with this court on August 22, 2017, the parties have reached a settlement.

2. Pursuant to the Parties' Settlement Agreement and Mutual Release dated August 8, 2017, and Federal Rule of Civil Procedure 41(a)(l)(A)(ii) made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff's Complaint is dismissed without prejudice.

2. Each party shall bear its own fees and costs.

By the Court,

###

Date: November 17, 2017

Erithe Smith
United States Bankruptcy Judge