United States Bankruptcy Court
Central District of California

Peters,
     Plaintiff

Adv. Proc. No. 16-01114-ES

Easter,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: tduarteC      Page 1 of 1      Date Rcvd: Nov 17, 2017
                      Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
dft        +Kent W Easter,    153 Baywood Dr,    Newport Beach, CA 92660-7130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla        Bill Peters
pla        Kelli Peters
pla        Sydnie Peters
      TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
      Robert H Marcereau    on behalf of Plaintiff Kelli  Peters , nlipowski@mncalaw.com
      Robert H Marcereau    on behalf of Plaintiff Sydnie  Peters , nlipowski@mncalaw.com
      Robert H Marcereau    on behalf of Plaintiff Bill  Peters , nlipowski@mncalaw.com
      Robert P Goe    on behalf of Defendant Kent W Easter kmurphy@goeforlaw.com,
      rgoe@goeforlaw.com;goeforecf@gmail.com
      United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
      Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
      wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
      TOTAL: 6

MARCEREAU & NAZIF
Robert H. Marcereau (SBN 211534)
Sy Nazif (SBN 228949)
26000 Towne Centre Drive, Suite 230
Foothill Ranch, CA 92610
Tel: (949) 531-6500
Fax: (949) 531-6501

ATTORNEYS FOR CREDITORS and PLAINTIFFS
Kelli Peters, Bill Peters and Sydnie Peters

**FILED & ENTERED**

NOV 17 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No. 8:16-bk-10223-ES |
|---|---|
| Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter | Adversary Case No.: 8:16-ap-01114-ES |
| | **ORDER RE: STIPULATION TO DISMISS** |
| Kelli Peters, Bill Peters and Sydnie Peters, Plaintiffs, vs. Kent W. Easter, dba Kent Easter Consulting, dba Law Offices of Kent W. Easter, Defendants. | |

/ /

/ /

/ /

/ /

1

**ORDER**

1. Pursuant to the parties' stipulation lodged with this court on August 22, 2017, the parties have reached a settlement.

2. Pursuant to the Parties' Settlement Agreement and Mutual Release dated August 8, 2017, and Federal Rule of Civil Procedure 41(a)(l)(A)(ii) made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff's Complaint is dismissed without prejudice.

2. Each party shall bear its own fees and costs.

By the Court,

###

Date: November 17, 2017

Erithe Smith
United States Bankruptcy Judge

2